MARC J. WINTHROP -- State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

CRYSTAL CATHEDRAL MINISTRIES,
a California nonprofit corporation,

Debtor and Debtor-in-Possession.

Case No. 8:10-bk-24771-RK

Chapter 11 Proceeding

**DECLARATION OF FRED W. SOUTHARD IN SUPPORT OF THE FOLLOWING EMERGENCY MOTIONS:**

1. **PAYROLL**
2. **UTILITY**
3. **LIMIT NOTICE**

DATE: October 20, 2010
TIME: 3:00 p.m.
PLACE: Courtroom 5D
411 W. Fourth Street
Santa Ana, CA 92701

MAINDOCS-#151011-v2-Crystal_Decl_Southard_FirstDayMotions.DOC

1  I, Fred W. Southard, hereby declare as follows:

2  1.    I am the Chief Financial Officer of Crystal Cathedral Ministries, a California nonprofit corporation, a California limited liability company, the debtor and debtor-in-possession in the above Chapter 11 proceeding ("Debtor"), and have been responsible for overseeing the day-to-day operations and financial performance of the Debtor. Consequently, I have been involved in supervising all aspects of the Debtor's financial and business affairs since 1978.

2.    The facts stated herein are within my personal knowledge, and if called upon to testify to such facts I could and would testify competently thereto.

**The Debtor.**

3.    The Reverend Dr. Robert H. Schuller and his wife, Arvella, founded the Debtor in 1955. At that time, it consisted of a single church, known as Garden Grove Community Church, which held its services in space rented from the Orange Drive-In Theatre. The church moved to its current location in Garden Grove, California in 1961, occupying a new sanctuary designed by architect Richard Neutra. The campus has grown to include buildings designed by noted architects such as Philip Johnson and Richard Meier.

4.    The Debtor produces The Hour of Power, which is shown throughout the world and is North America's longest running televised church service. Its message of "possibility thinking" is also supported through its many facets, including, inter alia: (1) Pastors Sheila Schuller Coleman and Dante Gebel delivery of messages of hope each Sunday. Dr. Schuller, who is 84, is the featured speaker once per month; (2) providing meals for the homeless every Monday; (3) conducting weekly youth groups; and (4) hosting a number of weekly self-help programs. The Debtor has approximately 190 full-time and part-time employees who support its many facets.

**Events Precipitating Chapter 11 Filing.**

5.    Over the last few years, the Debtor's leadership has gone through several changes as the ministry has endeavored to transition from its founders to the next generation who will carry the mission of the ministry forward. Robert A. Schuller became Senior Pastor in 2006. He ultimately resigned and Dr. Sheila Schuller Coleman became the Senior Pastor in July of 2009. The period of unsettled leadership caused some in the congregation and viewing audience to leave

the ministry, resulting in reduced revenue for an organization that exists primarily on donations. However, the greatest impact on the Debtor's revenues came from the severe downturn in the national economy, which has had a drastic impact on donations to the Debtor and to charitable giving in general. Donations were down approximately 24% in 2009 alone.

6. Since Dr. Coleman has taken over as Senior Pastor, she has managed to restore confidence and enthusiasm in the ministry, which has halted the decline and produced a gradual increase in both attendees and viewers. Even though the Debtor drastically cut expenses, the decline in donations and other revenue was so severe that the benefits of these reductions could not be recognized quickly enough and the Debtor's level of debt, both secured and unsecured, increased. Ultimately, the Debtor decided to address the growing amount of debt by convening a general meeting of creditors under the auspices of Credit Managers Association of California. The meeting was well attended and resulted in a voluntary 90-day moratorium on debt collection activities, which was almost universally observed. Due to the need to have reliable financial information on which to base an out of court repayment plan, the Unofficial Creditors Committee ("Committee") granted the Debtor a 90 day extension of the moratorium. Negotiations were well underway between the Debtor and Committee when creditors sought and obtained writs of attachment and a number of other lawsuits were filed against the Debtor. The negotiations between the Debtor and the Committee stalled due to concern over the solid cash flow projections and financial reports. Given these circumstances, the Committee decided to allow the moratorium to expire on October 9, 2010 and made a demand for payment. Cumulatively, these circumstances then forced the Debtor to file the present Chapter 11 proceeding on October 18, 2010 in order to obtain a breathing spell within which to address the claims of all creditors on a fair, equitable and uniform basis.

7. The Debtor has worked very hard to reduce overhead and expenses and to identify and evaluate opportunities to improve profitability. In particular, it has worked diligently to develop a repayment plan for its creditors. The Debtor will continue these efforts during this Chapter 11 case, including its ongoing negotiations with the Committee with the view towards promptly filing a plan of reorganization and the pursuit of a speedy exit from Chapter 11.

**The Debtor's Financial Performance.**

8. The following is a summary of the Debtor's financial performance over the last three years:

|                  | 6/30/2010      | 6/30/2009      | 6/30/2008      |
|------------------|----------------|----------------|----------------|
| Revenue          | $25,264,954    | $18,896,238    | $26,686,756    |
| Net Income (Loss)| ($3,050,642)   | ($6,590,436)   | ($7,179,726)   |

**The Debtor's Debt Structure.**

9. As of the petition date, Farmers & Merchants Bank of Long Beach asserts a secured claim in the approximate amount of $36 million, which is purportedly secured by a lien pursuant to a deed of trust recorded against the Debtor's real property. Other creditors, including, *inter alia*, Out of Court Committee of Unsecured Creditors, Grant & BCG, Morgan Stanley, GE Capital Public Finance, Inc., and National City Commercial Capital Corporation, collectively assert secured claims in the aggregate approximate amount of $12 million against certain real property, certificates of deposit, and equipment, among other assets, of the Debtor.[1]

**Payroll.**

10. The Debtor seeks Court authority to pay approximately $159,411, its pre-petition wage related obligations and honor its employee related pre-petition benefits to employees that are still employed by the Debtor. These obligations include pre-petition payroll, wages, salaries, federal, state and local payroll taxes, deductions and withholdings, payroll deductions relating to various benefits, reimbursement of business expenses, and miscellaneous other claims asserted by current employees (including, without limitation, worker's compensation, medical, dental, life insurance, and disability insurance). These benefits include vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave. These payments will not render the estate administratively insolvent.

11. Attached hereto as Exhibit "1" is a list of the Debtor's employees and the payroll

---

[1] The Debtor is in the process of investigating the extent, validity, priority and perfection of the security interests of these creditors. Accordingly, the Debtor reserves all rights with respect thereto, and nothing contained herein or filing in connection with this Motion should be construed as an admission with respect to the extent, validity, priority and perfection of any creditor's security interest.

due for each employee for the applicable pre-petition periods. The Debtor seeks authority to pay these pre-petition wages and salaries, which is summarized as follows:

| TYPE OF EMPLOYEE | PRE-PETITION PERIOD | PAYMENT DUE DATE | AMOUNT |
|---|---|---|---|
| The Hour of Power[2] & Bathgate Ranch<br>  Hourly<br>  Salary | <br><br>10/11/10-10/24/10<br>10/15/10  10/28/10 | <br><br>10/28/10 | <br><br>$55,302<br>$15,795 |
| Church<br>  Hourly<br>  Salary | <br>10/4/10–10/17/10<br>10/8/10-10/21/10 | <br>10/21/10<br>10/21/10 | <br>$35,350<br>$52,964 |

12.     The total amount of unpaid pre-petition employee wages and employee benefits due from the Debtor to all of its employees, including insiders to whom no payments will be made until further authorization is obtained, are less than $11,725 for each employee. To the extent any such amount is in excess of $11,725 for an employee, the Debtor will pay a maximum amount of $11,725 to such employee pursuant to an order granting this Motion.

13.     **The pre-petition compensation amounts include compensation to insiders in this case, but no payments will be made to insiders until such compensation is authorized to be paid pursuant to the U.S. Trustee Guidelines.**

14.     I am generally familiar with the employee census maintained by the Debtor. All of the employees who will receive pre-petition wage payments will fall below the $11,725 per employee priority limit in the Bankruptcy Code.

15.     The Debtor is seeking relief on an emergency basis because Debtor to pay pre-petition claims of its employees is essential because the Debtor's business is dependent upon its labor. If these employees are not paid, they will cease working and seek employment elsewhere. Any such disruption would have a devastating effect upon the Debtor's business and the Debtor's creditors. If the Debtor obtains the relief sought herein, its business operation will continue in the ordinary course, customer needs will be met, and the overall value of the Debtor's business

---

[2] The Debtor has designated its employees into the following three categories depending on the facet of the ministry they perform services for: (1) The Hour of Power; (2) the Bathgate Ranch; and (3) the church. The Hour of Power's employees provide services in connection with the Debtor's televised church service. The employees of Bathgate Ranch perform services in connection with the weddings that are being held at the Bathgate Ranch. The church's employees include ministers, musicians and other support staff for members of the congregation.

-5-

1  enterprise will be preserved for the Debtor's creditors. Accordingly, the Debtor submits that
2  emergency relief is both necessary and appropriate.

**Utilities.**

16. In the ordinary course of business, the Debtor uses gas, water, electric, telecommunications and other services provided by various utility companies (collectively, the "Utility Providers"). The continued and uninterrupted utility service is essential to the Debtor's ability to sustain its operations during its Chapter 11 case. Any interruption of utility service would severely disrupt the Debtor's business operations. Prior to the Petition Date, the Debtor generally paid the Utility Providers' bills consistently and on a regular basis. Based on its prior payment history, the Debtor estimates that the average monthly payment to its Utility Providers is approximately $105,000.

17. To continue day-to-day operations in the most cost-effective manner, the Debtor must ensure that there is no interruption of utility services. Since the Debtor cannot continue its business operations without utility services, it is critical that the Debtor obtains emergency authorization for the relief requested herein and further relief as is just and appropriate under the circumstances in this case.

**Limit Notice.**

18. The Debtor has more than 550 creditors in this case. It is my understanding that some of the motions and applications that may be filed in the Debtor's case will involve matters that ordinarily fall within the parameters of notices required to be given to all creditors and equity security holders in the Debtor's case, but which will not affect directly, or impact the interests of, a majority of creditors. Providing notice to all such parties would be overly burdensome and costly to the estate.

19. I believe that limiting notice to the U.S. Trustee, the secured and twenty largest unsecured creditors and to all parties who request special notice in the Debtor's Chapter 11 case would provide adequate and proper notice to affected creditors and to other interested parties. Additionally, the Debtor will provide notice to any party whose interest is impacted directly by a particular action or proceeding filed by the Debtor.

1    20.    I believe that adoption of this proposed notice procedure is necessary and appropriate. Such notice procedure will relieve the Debtor of the significant administrative burdens that would be associated with periodic "mass mailings," and would reduce substantially the Debtor's postage and reproduction costs, thereby facilitating significantly the economical and efficient administration of the Debtor's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___th day of October 2010 at Garden Grove, California.

_____
Fred W. Southard

# EXHIBIT "1"

## Gross Wages by Rate Type for
## Pay Date 9/9/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 07930H | Fernandez, Nerlis S. | $150.00 | 9/9/2010 | D |
| 07930H | Hankins, Patricia | $150.00 | 9/9/2010 | D |
| 07930H | Poe, Robert R. | $100.00 | 9/9/2010 | D |
| 07930H | Snip, Frank E. | $100.00 | 9/9/2010 | D |
| 07930H | Von Eissler, Gayle S. | $150.00 | 9/9/2010 | D |
| **Total Daily** | | **$650.00** | | |
| 055000 | Amezcua, Silvia L. | $67.88 | 9/9/2010 | H |
| 013080 | Avina Palumbo, Norma | $1,056.80 | 9/9/2010 | H |
| 012060 | Benavides, Maria T. | $1,461.60 | 9/9/2010 | H |
| 013080 | Berghoff, Michelle M. | $1,040.00 | 9/9/2010 | H |
| 013040 | Castorela, Virginia | $60.00 | 9/9/2010 | H |
| 013040 | Cavinder, Kristen | $1,140.00 | 9/9/2010 | H |
| 013080 | Cooper, Colleen J. | $944.51 | 9/9/2010 | H |
| 013080 | Degroot-Chavez, Deborah | $1,121.60 | 9/9/2010 | H |
| 013080 | Dey, Jennifer Elaine | $963.30 | 9/9/2010 | H |
| 055000 | Forcucci, Nicole M. | $1,386.95 | 9/9/2010 | H |
| 013080 | Gallant, Dawnya Christine | $1,120.00 | 9/9/2010 | H |
| 015300 | Gartin, Troy T. | $830.78 | 9/9/2010 | H |
| 013080 | Gonzalez, Sharon Lee | $721.88 | 9/9/2010 | H |
| 013080 | Hadduck, Kelly | $1,070.47 | 9/9/2010 | H |
| 015300 | Hand, Jamie | $794.20 | 9/9/2010 | H |
| 012160 | Hobson, Betty J | $192.00 | 9/9/2010 | H |
| 013080 | Inhelder, Patricia J | $1,194.96 | 9/9/2010 | H |
| 013080 | Johnson, Dolores R. | $1,017.60 | 9/9/2010 | H |
| 013040 | Johnson, Joshua M. | $228.00 | 9/9/2010 | H |
| 013040 | Johnson, Karla R. | $396.50 | 9/9/2010 | H |
| 013040 | Johnson, Sarah Janina | $100.00 | 9/9/2010 | H |
| 013140 | Johnston, Jeffrey Aaron | $1,384.56 | 9/9/2010 | H |
| 012090 | Julius, Katie Lea | $1,096.00 | 9/9/2010 | H |
| 083260 | Kirk, Denise Mary | $288.75 | 9/9/2010 | H |
| 012060 | Krawchuk, Graciela I | $1,346.40 | 9/9/2010 | H |
| 055000 | Lawley, Cheryl | $706.88 | 9/9/2010 | H |
| 055000 | Lewis, Leah Nicole | $70.00 | 9/9/2010 | H |
| 013080 | Machernis, Margaret | $1,131.20 | 9/9/2010 | H |
| 013080 | Marshall, Patrice Rae Lynn | $798.00 | 9/9/2010 | H |
| 085000 | Miley, Joseph M. | $1,131.20 | 9/9/2010 | H |
| 055000 | Muniz, Maria E. | $129.28 | 9/9/2010 | H |
| 015300 | Murphy, Glenda S. | $228.00 | 9/9/2010 | H |
| 012120 | Orozco, Veneranda | $1,075.45 | 9/9/2010 | H |
| 013040 | Patterson, Whitney Leigh | $910.00 | 9/9/2010 | H |

## Gross Wages by Rate Type for Pay Date 9/9/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 083260 | Purcell, Michele | $242.02 | 9/9/2010 | H |
| 012060 | Ramseur, Norma Sanchez | $876.80 | 9/9/2010 | H |
| 083260 | Richmond, Diane L. | $80.75 | 9/9/2010 | H |
| 015300 | Shepherd, Sandra | $1,140.00 | 9/9/2010 | H |
| 055000 | Stebbins, Jennifer A. | $1,284.77 | 9/9/2010 | H |
| 055000 | Sullivan, Andrew Clayton | $141.40 | 9/9/2010 | H |
| 055000 | Trujillo, Claudia Juana | $177.76 | 9/9/2010 | H |
| 013040 | Villegas, Deja B. | $24.00 | 9/9/2010 | H |
| 013040 | Zavala, Ana Lucila | $50.00 | 9/9/2010 | H |
| **Total Hourly** | | **$31,222.25** | | |
| 012160 | Aspling, Carol | $1,676.65 | 9/9/2010 | S |
| 012500 | Balloch, Bonnie | $1,644.94 | 9/9/2010 | S |
| 083260 | Barber, Carole | $2,482.20 | 9/9/2010 | S |
| 012140 | Barrientos, Barbara | $846.77 | 9/9/2010 | S |
| 083260 | Bayouk, Steve | $96.15 | 9/9/2010 | S |
| 065000 | Boselo, Sandra E. | $2,113.27 | 9/9/2010 | S |
| 083260 | Calderon, Rosemary E. | $1,912.86 | 9/9/2010 | S |
| 012090 | Cavinder, Michelle | $1,744.36 | 9/9/2010 | S |
| 015040 | Coleman, Sheila | $2,674.04 | 9/9/2010 | S |
| 083260 | De Leon, Anna M. | $1,294.00 | 9/9/2010 | S |
| 012020 | Demaster, Glenn A. | $2,076.92 | 9/9/2010 | S |
| 083260 | Demaster, Michael A. | $2,482.20 | 9/9/2010 | S |
| 083260 | Dey, Christine E. | $1,577.30 | 9/9/2010 | S |
| 083260 | Doane, Courtney | $1,294.81 | 9/9/2010 | S |
| 012140 | Dunn, Louise | $5,928.38 | 9/9/2010 | S |
| 083260 | Folk, David W. | $1,479.92 | 9/9/2010 | S |
| 083260 | Garcia-Mejia, Marco A. | $1,660.19 | 9/9/2010 | S |
| 083260 | Hong, Song | $3,353.62 | 9/9/2010 | S |
| 083260 | Johnson, Deborah G. | $1,574.23 | 9/9/2010 | S |
| 083260 | Kays, Roger B. | $1,622.38 | 9/9/2010 | S |
| 013080 | Kikta, Marlene J. | $2,276.86 | 9/9/2010 | S |
| 012020 | Kok, James R | $3,214.15 | 9/9/2010 | S |
| 085000 | Lind, Linda J. | $1,117.94 | 9/9/2010 | S |
| 083260 | Manson, Deborah | $1,358.73 | 9/9/2010 | S |
| 083260 | Matthiessen, Jacqueline M. | $606.34 | 9/9/2010 | S |
| 083260 | Maxwell, Charles W. | $1,876.33 | 9/9/2010 | S |
| 055000 | McCoy, Lori M. | $1,754.21 | 9/9/2010 | S |
| 079300 | Moeller, Kari L. | $1,096.15 | 9/9/2010 | S |
| 085000 | Mulady, Kristen | $911.09 | 9/9/2010 | S |
| 083260 | Papelian, Elizabeth T. | $1,434.46 | 9/9/2010 | S |

9

Gross Wages by Rate Type for
Pay Date 9/9/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 083260 | Perrino, Adrienne E. | $1,959.28 | 9/9/2010 | S |
| 012210 | Ramirez, Gudelia | $1,388.46 | 9/9/2010 | S |
| 083260 | Schenk, Cara E. | $1,385.12 | 9/9/2010 | S |
| 083260 | Schenk, Eileen | $1,860.38 | 9/9/2010 | S |
| 083260 | Smith, Kevin G. | $2,481.88 | 9/9/2010 | S |
| 083260 | Teske, Cynthia M. | $1,917.31 | 9/9/2010 | S |
| 083260 | Teske, Sandra | $1,637.27 | 9/9/2010 | S |
| 085000 | Thomas, Kristina I | $911.09 | 9/9/2010 | S |
| 083260 | Vandercook, Sheryl L. | $1,759.58 | 9/9/2010 | S |
| 012140 | Webb, Quinn E | $1,189.48 | 9/9/2010 | S |
| 083260 | Weisner, Denise L. | $959.25 | 9/9/2010 | S |
| 012040 | Winer, Maureen Andrews | $1,280.00 | 9/9/2010 | S |

**Total Salary**           $73,910.55

**Total Gross Wages for PD 9/9/10**    $105,782.80

10

## Gross Wages by Rate Type for
## Paydate 9/2/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 201150 | Adams, William D. | $2,200.00 | 9/2/2010 | D |
| 201150 | Allen, Gary Michael | $332.50 | 9/2/2010 | D |
| 201150 | Holgate, Steven | $700.00 | 9/2/2010 | D |
| 201150 | Van Pelt, Gary | $1,282.50 | 9/2/2010 | D |
| 201150 | Warshaw, David Jay | $1,050.00 | 9/2/2010 | D |
| 201150 | Warshaw, Mark | $2,137.50 | 9/2/2010 | D |
| **Daily Total** | | **$7,702.50** | | |
| 201250 | Andrade, Elizabeth | $1,140.00 | 9/2/2010 | H |
| 201850 | Andrade, Maria T. | $836.00 | 9/2/2010 | H |
| 201250 | Barrett, Joyce | $837.60 | 9/2/2010 | H |
| 201450 | Berrios, Sandy | $950.40 | 9/2/2010 | H |
| 277000 | Borden, Vera N. | $820.33 | 9/2/2010 | H |
| 201850 | Bowen, Kayla Nicole | $190.00 | 9/2/2010 | H |
| 309300 | Boyd, Chelsea Maureen | $2,183.25 | 9/2/2010 | H |
| 277000 | Brown, Marcia J. | $972.80 | 9/2/2010 | H |
| 201150 | Campbell, John J. | $1,011.75 | 9/2/2010 | H |
| 201150 | Campman, Ashley Nicole | $446.50 | 9/2/2010 | H |
| 309300 | Cardenas, Liliana Elizabeth | $509.04 | 9/2/2010 | H |
| 201800 | Carigma, Roger M | $950.40 | 9/2/2010 | H |
| 201050 | Carrasco, Danilo J. | $836.00 | 9/2/2010 | H |
| 201850 | Case, Sandra L. | $1,064.00 | 9/2/2010 | H |
| 201850 | Castro, Joanna | $684.00 | 9/2/2010 | H |
| 201050 | Claro, Dominador P. | $947.43 | 9/2/2010 | H |
| 277000 | Clowes, Scott | $1,569.00 | 9/2/2010 | H |
| 201850 | Corey, Matthew Bradford | $167.20 | 9/2/2010 | H |
| 201800 | Cruz, Adan A. | $950.40 | 9/2/2010 | H |
| 309300 | Cruz, Eduardo Miguel | $223.25 | 9/2/2010 | H |
| 201250 | Cruz, Madelena P. | $684.00 | 9/2/2010 | H |
| 201850 | Darveaux, Shawn Joseph | $250.80 | 9/2/2010 | H |
| 201150 | Denison, Ashley | $852.15 | 9/2/2010 | H |
| 201150 | Denison, Courtney | $500.00 | 9/2/2010 | H |
| 201150 | Denison, Spencer James | $140.00 | 9/2/2010 | H |
| 201150 | Duckworth, Terry L. | $1,243.80 | 9/2/2010 | H |
| 201850 | Duran-Lopez, Jesus Silvestı | $228.00 | 9/2/2010 | H |
| 201850 | Egan, Ross Edward | $128.01 | 9/2/2010 | H |
| 309300 | Escamilla, Rosa Bravo | $452.48 | 9/2/2010 | H |
| 201850 | Farwell, Frances Alene | $190.00 | 9/2/2010 | H |
| 201050 | Fernandez, Reynaldo | $988.00 | 9/2/2010 | H |
| 201250 | Forsyth, Nancy | $1,026.40 | 9/2/2010 | H |
| 205120 | Fron, Anita Helene | $1,200.00 | 9/2/2010 | H |

## Gross Wages by Rate Type for
## Paydate 9/2/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 201250 | Galvin, Karen Jean | $886.35 | 9/2/2010 | H |
| 201850 | Galvin-Oesterle, Sheyenne | $228.00 | 9/2/2010 | H |
| 201150 | Ganahl, Jon A. | $2,270.00 | 9/2/2010 | H |
| 215240 | Garcia, Cesar G. | $1,644.00 | 9/2/2010 | H |
| 201850 | Garcia, Lizbeth | $228.00 | 9/2/2010 | H |
| 277000 | Gascon, Larry | $1,855.35 | 9/2/2010 | H |
| 277000 | Gleason, Robert | $1,917.81 | 9/2/2010 | H |
| 215180 | Griffin, Chelisa | $1,368.00 | 9/2/2010 | H |
| 309300 | Guerrero-Torres, Carlos | $336.00 | 9/2/2010 | H |
| 201550 | Hansen, Chris | $1,827.20 | 9/2/2010 | H |
| 215180 | Helmstead, Annette M. | $468.72 | 9/2/2010 | H |
| 201850 | Juarez, Izel | $228.00 | 9/2/2010 | H |
| 201050 | Kamantigue, Rosa T. | $798.40 | 9/2/2010 | H |
| 201250 | Kang, Sinae | $836.01 | 9/2/2010 | H |
| 309300 | Kolster, Joop Eduard | $313.50 | 9/2/2010 | H |
| 309300 | Konopka, Kimberly J. | $270.00 | 9/2/2010 | H |
| 201050 | Lacanlale, Helen S. | $798.40 | 9/2/2010 | H |
| 201850 | Lares, Alfredo | $161.50 | 9/2/2010 | H |
| 277000 | Leland, Edward H. | $402.96 | 9/2/2010 | H |
| 201100 | Lexington, Stefanie Elizabet | $1,460.80 | 9/2/2010 | H |
| 277000 | Lopez, Cesar M. | $1,249.50 | 9/2/2010 | H |
| 201850 | Mannion, Patrick William | $684.00 | 9/2/2010 | H |
| 309300 | Martinez Aguirre, Irma Yolar | $294.92 | 9/2/2010 | H |
| 215100 | McGee, Grace | $1,036.02 | 9/2/2010 | H |
| 201450 | Mendoza, Ernesto | $1,052.84 | 9/2/2010 | H |
| 229500 | Miramontes, Juan | $988.00 | 9/2/2010 | H |
| 309300 | Morales, Luis Ayala | $287.04 | 9/2/2010 | H |
| 309300 | Morton, Mary Ann | $270.00 | 9/2/2010 | H |
| 277200 | Mysse, Michael D. | $1,376.00 | 9/2/2010 | H |
| 201250 | Newlin, Inez | $1,102.40 | 9/2/2010 | H |
| 201250 | Nguyen, Lee A. | $1,216.00 | 9/2/2010 | H |
| 201250 | Nguyen, Michelle T. | $1,007.20 | 9/2/2010 | H |
| 277000 | Ofisa, Japeth I | $760.00 | 9/2/2010 | H |
| 309300 | Palacios, Nicholas Pena | $505.96 | 9/2/2010 | H |
| 277000 | Penner, Paige | $76.50 | 9/2/2010 | H |
| 201850 | Perdomo, Oswaldo Jose | $114.00 | 9/2/2010 | H |
| 201850 | Perez, Nicholas Daniel | $114.00 | 9/2/2010 | H |
| 201850 | Perez, Zenorina Elizabeth | $152.00 | 9/2/2010 | H |
| 277000 | Phillips, David | $218.50 | 9/2/2010 | H |
| 201800 | Rabadon, Miguel Mamaril | $836.00 | 9/2/2010 | H |
| 229500 | Ramaker, Vera Diana | $1,513.30 | 9/2/2010 | H |
| 201150 | Reese, Keith E. | $2,634.40 | 9/2/2010 | H |

Gross Wages by Rate Type for
Paydate 9/2/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 215100 | Reimer, Laura L. | $743.40 | 9/2/2010 | H |
| 215100 | Reyes, Angelica C. | $1,064.00 | 9/2/2010 | H |
| 201050 | Reyes, Epifania Ramos | $798.40 | 9/2/2010 | H |
| 201150 | Richardson, Peter | $3,853.50 | 9/2/2010 | H |
| 309300 | Rodriguez-Arellano, Arturo | $287.04 | 9/2/2010 | H |
| 201800 | Ruvolo, Laura J. | $1,131.20 | 9/2/2010 | H |
| 201250 | Sagrero, Gabriel P. | $1,216.00 | 9/2/2010 | H |
| 309300 | Sanchez Ramirez, Cresenci | $299.25 | 9/2/2010 | H |
| 201050 | Sandoval, Jose M. | $984.91 | 9/2/2010 | H |
| 277000 | Semaia, Falaniko K. | $1,135.20 | 9/2/2010 | H |
| 277000 | Shiffer, David F. | $1,980.16 | 9/2/2010 | H |
| 277000 | Silver, Kris | $1,662.50 | 9/2/2010 | H |
| 277000 | Siu, RIchard Matatia | $809.88 | 9/2/2010 | H |
| 277000 | Siu, Tuatua | $760.00 | 9/2/2010 | H |
| 201150 | Sorem, Christopher W. | $2,232.00 | 9/2/2010 | H |
| 277000 | Stephenson, Brandon Josep | $217.50 | 9/2/2010 | H |
| 201250 | Swift, Michelle | $894.90 | 9/2/2010 | H |
| 201850 | Thomas, Travis Quinn | $190.00 | 9/2/2010 | H |
| 309300 | Vaca, Jose Calderon | $623.70 | 9/2/2010 | H |
| 309300 | Vasquez, Eusebio E. | $1,072.00 | 9/2/2010 | H |
| 309300 | Wingad-Hudson, Barbara | $300.00 | 9/2/2010 | H |
| 201850 | Yockey, Sharon L. | $912.00 | 9/2/2010 | H |
| 277000 | Zess, Charles P. | $1,292.00 | 9/2/2010 | H |
| **Hourly Total** | | **$85,420.11** | | |
| 215100 | Abbott, Brooke N | $2,423.08 | 9/2/2010 | S |
| 201250 | Alapati, Dolores | $1,280.00 | 9/2/2010 | S |
| 205120 | Castaneda, Oscar S. | $1,498.07 | 9/2/2010 | S |
| 201150 | Catalan, Juan Manuel | $3,400.00 | 9/2/2010 | S |
| 216090 | Charles, John E. | $3,807.69 | 9/2/2010 | S |
| 201350 | Chu-Collins, Pauline | $2,907.69 | 9/2/2010 | S |
| 201300 | Clark, Sara E. | $1,816.96 | 9/2/2010 | S |
| 201300 | Coleman, James W | $6,004.23 | 9/2/2010 | S |
| 201550 | Cordero, Liza | $2,064.42 | 9/2/2010 | S |
| 215100 | Crittenden, Suzanne Camille | $1,315.38 | 9/2/2010 | S |
| 204500 | Danilenko, Andrei L. | $2,034.62 | 9/2/2010 | S |
| 201450 | Dollente Jr., Jaime | $2,371.15 | 9/2/2010 | S |
| 201260 | Duong, Thuy Ngo | $2,596.15 | 9/2/2010 | S |
| 215240 | Estrada, Joseph B. | $1,425.00 | 9/2/2010 | S |
| 201550 | Fulton, Kristen S. | $2,942.31 | 9/2/2010 | S |
| 012140 | Gaultiere, William | $2,382.92 | 9/2/2010 | S |

## Gross Wages by Rate Type for
## Paydate 9/2/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 215100 | Gockley, Teri L. | $1,230.25 | 9/2/2010 | S |
| 201100 | Groombridge, Sean | $2,769.23 | 9/2/2010 | S |
| 215100 | Hoover, Brenda | $1,140.00 | 9/2/2010 | S |
| 201150 | Kirchner, Diane | $1,683.37 | 9/2/2010 | S |
| 277000 | Klaassen, Alfred Nick | $2,423.08 | 9/2/2010 | S |
| 201100 | Klaassen, Neva M Penner | $2,119.23 | 9/2/2010 | S |
| 201300 | Kouros, Irene G. | $2,139.23 | 9/2/2010 | S |
| 205120 | Kristianson, Kristin | $2,076.92 | 9/2/2010 | S |
| 215240 | Lam, Thomas | $2,250.00 | 9/2/2010 | S |
| 201100 | Leonard, Thomas G. | $1,686.54 | 9/2/2010 | S |
| 201250 | Llamas, Maria L. | $1,835.76 | 9/2/2010 | S |
| 201250 | Luna, Christina | $1,280.00 | 9/2/2010 | S |
| 215100 | Mannion, John F | $2,596.15 | 9/2/2010 | S |
| 216100 | McAlpine, Joanne M. | $1,608.54 | 9/2/2010 | S |
| 216100 | Milner, Carol | $4,153.85 | 9/2/2010 | S |
| 201150 | Moore, Raymond | $1,724.62 | 9/2/2010 | S |
| 216110 | Muma, Beth E. | $1,296.70 | 9/2/2010 | S |
| 205120 | Nguyen, Phuong H. | $1,388.52 | 9/2/2010 | S |
| 229500 | Nixon, Marcia A. | $1,908.92 | 9/2/2010 | S |
| 215100 | Parker, Betty A | $1,594.73 | 9/2/2010 | S |
| 201100 | Penner, Gretchen J | $2,674.04 | 9/2/2010 | S |
| 201150 | Penner, James B | $6,004.23 | 9/2/2010 | S |
| 215180 | Quinci, Eileen M. | $2,250.00 | 9/2/2010 | S |
| 229500 | Quinones, Alma M. | $2,742.62 | 9/2/2010 | S |
| 201100 | Riley, Marc H. | $2,769.23 | 9/2/2010 | S |
| 201050 | Sanchez Jr., Macario R. | $1,280.00 | 9/2/2010 | S |
| 201300 | Sanchez, Adriana Herrera | $1,717.31 | 9/2/2010 | S |
| 277800 | Sawyers, Brian | $2,078.48 | 9/2/2010 | S |
| 210010 | Schuller, Donna | $3,076.93 | 9/2/2010 | S |
| 210010 | Schuller, Robert A | $7,527.89 | 9/2/2010 | S |
| 205120 | Schuller, Robert H | $4,153.84 | 9/2/2010 | S |
| 216100 | Smith, Charles L. | $5,192.31 | 9/2/2010 | S |
| 229500 | Smith, Mila T. | $1,161.94 | 9/2/2010 | S |
| 215320 | Soufi, Daniela | $1,693.57 | 9/2/2010 | S |
| 215100 | Southard, Fred W | $6,004.23 | 9/2/2010 | S |
| 201550 | Spracklen, Janine L. | $2,076.92 | 9/2/2010 | S |
| 215080 | Stolarz, Sheriden | $2,284.62 | 9/2/2010 | S |
| 201100 | Tebay, John Calvin | $1,476.92 | 9/2/2010 | S |
| 215320 | Townend, John A. | $4,790.31 | 9/2/2010 | S |
| 201800 | Voskanian, Robert K | $1,368.00 | 9/2/2010 | S |
| 201150 | Warshaw, Nancy | $3,091.96 | 9/2/2010 | S |
| 215100 | Wiegel, Sheila M. | $2,596.15 | 9/2/2010 | S |

## Gross Wages by Rate Type for Paydate 9/2/10

| Dept | Name | Gross Pay | Pay Date | Rate Type |
|---|---|---|---|---|
| 201450 | Yabut Jr, Maximiano | $1,644.23 | 9/2/2010 | S |
| 201850 | Young-Biondo, Sandra A. | $1,280.00 | 9/2/2010 | S |

**Salary Total**         $150,111.04

**Total Gross Wages for PD 9/2/10**    $243,233.65

15

**Hour of Power**

|  | Hourly | Salary | Daily | Total |
|---|---|---|---|---|
| Pay date 09/02/10 | $85,420.11 | $150,111.04 | $7,702.50 | $243,233.65 |

**Church**

|  | Hourly | Salary | Daily | Total |
|---|---|---|---|---|
| Pay date 09/09/10 | $31,222.25 | $73,910.55 | $650.00 | $105,782.80 |

| TOTALS | $116,642.36 | $224,021.59 | $8,352.50 | $349,016.45 |

16

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DECLARATION OF FRED W. SOUTHARD IN SUPPORT OF THE FOLLOWING EMERGENCY MOTIONS: (1) PAYROLL; (2) UTILITY; (3) LIMIT NOTICE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 19, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 19, 2010 | Viann Corbin | _/s/ Viann Corbin_ |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE VIA OVERNIGHT DELIVERY

| | | |
|---|---|---|
| Crystal Cathedral Ministries<br>Attn: Fred Southard, CFO<br>13280 Chapman Ave.<br>Garden Grove, CA 92840-4414 | United States Trustee's Office<br>Attn: Frank Cadigan, Esq.<br>411 West Fourth St., #9041<br>Santa Ana, CA 92701 | **CCM**<br>20Largest, Secured, SpecialNotice<br>Document No. 153450 |
| Out of Court Committee<br>Nanette D. Sanders, Esq.<br>Ringstad & Sanders LLP<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | Credit Managers Association<br>Attn: Charles Klaus<br>40 East Verdugo Ave.<br>Burbank, CA 91502 | F&M Bank of Long Beach<br>c/o Michael Leight, Esq.<br>6700 Pacific Coast Hwy, #237<br>Long Beach, CA 90803 |
| F&M Bank of Long Beach<br>c/o Lawrence C. Meyerson, Esq.<br>578 Washington Blvd., #867<br>Marina Del Rey, CA 90292 | | |

| **20 LARGEST** | **20 LARGEST** | **20 LARGEST** |
|---|---|---|
| PNCEF, LLC<br>Attn: Marshall F. Goldberg, Esq.<br>21700 Oxnard St., #430<br>Woodland Hills, CA 91367-3665 | Daystar Television Network<br>Attn: Corporate Officer<br>3901 Highway 121<br>Bedford, TX 76021 | KMYQ<br>Tribune Television NW<br>Attn: Corporate Officer<br>File 30697/P.O. Box 60000<br>San Francisco, CA 94160 |
| Promotional Media Inc.<br>Attn: Denise Bodourinkoch<br>727 N. Main St.<br>Orange, CA 92868 | Gipson Hoffman & Pancione<br>Attn: Robert E. Gipson<br>1901 Avenue of the Stars #1100<br>Los Angeles, CA 90067-6002 | WKRC-TV<br>Newport Television LLC<br>Attn: Corporate Officer<br>P.O. Box 841646<br>Dallas, TX 75284-1646 |
| Infocision Management Corp.<br>Attn: Corporate Officer<br>325 Springside Dr.<br>Akron, OH 44333 | Lutzker & Lutzker, LLP<br>Attn: Arnie Lutzker<br>1233 20th Street NW<br>Suite 703<br>Washington, DC 20036 | A-1 Building Maintenance, Inc.<br>Attn: Alan Bennett<br>P.O. Box 80507<br>Rancho Santa Margarita, CA 92688-0507 |
| Media Services Agency<br>Attn: John Casoria<br>P.O. Box 11901<br>Santa Ana, CA 92711 | Classis of California – Canyon Lake<br>Attn: Corporate Officer<br>12765 Oaks Avenue<br>Chino, CA 91710 | Advantage Mailing Inc.<br>Attn: Corporate Officer<br>1600 N. Kraemer Blvd.<br>Anaheim, CA 92806 |
| FGS-CA, Inc.<br>Attn: Angela Moghadasnia<br>5401 Jurupa Street<br>Ontario, CA 91761 | KMSP<br>Attn: Corporate Officer<br>4614 Collection Center Dr.<br>Chicago, IL 60693 | World Marketing Inc.<br>Attn: Rick Payne<br>14407 Alondra Blvd.<br>La Mirada, CA 90638 |

| | | |
|---|---|---|
| Lloyd Daniel Corporation<br>Attn: Chad Scalf<br>1600 S. Federal Hwy<br>Pompano Beach, FL 33062 | WKCF-TV<br>Attn: Corporate Officer<br>P.O. Box 919060<br>Orlando, CA 32891-9060 | Thomas Nelson Publisher<br>Attn: Corporate Officer<br>2576 Momentum Pl<br>Chicago, IL 60689-0001 |
| KWGN-TV<br>Attn: Corporate Officer<br>P.O. Box 677346<br>Dallas, TX 75267-7346 | Scripps Howard Broad<br>dba KNXV<br>Attn: Corporate Officer<br>P.O. Box 116923<br>Atlanta, GA 30368 | |

| **UTILITY** | **UTILITY** | **UTILITY** |
|---|---|---|
| AT & T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | City of Garden Grove<br>Attn: Corporate Officer<br>P.O. Box 3070<br>Garden Grove, CA 92842-3070 | Edison Company<br>Attn: Corporate Officer<br>1241 S. Grand Avenue<br>Santa Ana, CA 92705 |
| AT & T Mobility<br>Attn: Corporate Officer<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Garden Grove Disposal<br>Attn: Corporate Officer<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | The Gas Company<br>Attn: Corporate Officer<br>P.O. Box C<br>Monterey Park, CA 91756 |
| AT & T Teleconference<br>Attn: Corporate Officer<br>P.O. Box 2840<br>Omaha, NE 68103-2840 | Waste Management of OC<br>Attn: Corporate Officer<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 | Cox Communication<br>Attn: Corporate Officer<br>P.O. Box 53280<br>Phoenix, AZ 85072-3280 |
| City of Orange<br>Attn: Corporate Officer<br>P.O. Box 30146<br>Los Angeles, CA 90030-0146 | Telepacific Communications<br>Attn: Corporate Officer<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | Verizon Wireless<br>Attn: Corporate Officer<br>P.O. Box 9622<br>Mission Hills, CA 91346-9622 |
| CR & R Incorporated<br>Attn: Corporate Officer<br>P.O. Box 206<br>Stanton, CA 90680 | | |

MAINDOCS-#151011-v2-Crystal_Decl_Southard_FirstDayMotions.DOC