PETER C. ANDERSON
United States Trustee
**FRANK CADIGAN (Bar No.95666)**
**Assistant United States Trustee**
OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
    U.S. COURTHOUSE
411 W. Fourth Street, Ste. 9041
Santa Ana, CA 92701-8000
Telephone:  (714) 338-3400
Facsimile:  (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re: **CRYSTAL CATHEDRAL MINISTRIES,** Debtor. | CHAPTER 11<br>CASE NO: **8:10-bk-24771-RK**<br><br>AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS<br><br>NO HEARING REQUIRED |

    The Committee of Creditors Holding Unsecured Claims is hereby amended to remove Lutzker and Lutzker, LLP and to add the following member, Kristina Oliver c/o Dorie Oliver.

    The Committee of Creditors Holding Unsecured Claims now consists of seven (7) members as follows:

SEE EXHIBIT A ATTACHED

                             Respectfully submitted,
                             OFFICE OF THE UNITED STATES TRUSTEE

Dated: 10/29/10              /s/ Frank Cadigan
                                    FRANK CADIGAN
                                    Assistant United States Trustee

IN RE: CRYSTAL CATHEDRAL MINISTRIES
CASE NO.: 8:10-bk-24771-RK

**Advantage Mailing Inc.**
Brett Noss, CFO
1600 N. Kraemer Blvd.
Anaheim, CA 92806
Phone (714) 538-3881
Fax (714) 282-3903

**Media Services Agency**
John B. Casoria
2442 Michelle Dr.
Tustin, CA 92780
Phone (714) 665-2102
Fax (714) 665-2168

**A-1 Building Maintenance, Inc.**
Alan Bennett
PO Box 80507
Rancho Santa Margarita, CA 92688
Phone (949) 459-2901
Fax (949) 459-2902

**World Marketing - Los Angeles**
Richard Pane
10918 Emiline Street
Omaha, NE 68128
Phone (402) 408-1419
Fax (402) 408-1421

**FGS - CA**
Angela Moghadasnia
13472 Young St.
Santa Ana, CA 92705
Phone (714) 334-6011
Fax (714) 783-3035

**Promotional Media, Inc.**
Denise Bodourian, VP Sales
727 N. Main Street
Orange, CA 92868
Phone (714) 639-6390
Fax (714) 639-6270

**Kristina Oliver, C/o Dorie Oliver**
33677 Mojonnier Way
Wildomar, CA 92595
Phone (951) 741-1922
Fax (951) 674-6116

EXHIBIT A

| In re:                          |            | CHAPTER 11                      |
|---------------------------------|------------|---------------------------------|
| CRYSTAL CATHEDRAL MINISTRIES    | Debtor(s). | CASE NUMBER  8:10-bk-24771-RK   |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA  92701

The foregoing document **AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **OCTOBER 29, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kavita Gupta kgupta@winthropcouchot.com
Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com


II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **OCTOBER 29, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Crystal Cathedral Ministries, 13280 Chapman Ave, Garden Grove, CA 92840-4414

See attached Exhibit A


III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **OCTOBER 29, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert N. Kwan–Bin outside Rm 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| OCTOBER 29, 2010 | TARI KING | /s/ Tari King |
|------------------|-----------|---------------|
| Date             | Type Name | Signature     |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-3.1