MARC J. WINTHROP– State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES, a California nonprofit corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:10-bk-24771 RK<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S CASE STATUS REPORT**<br><br>DATE: November 24, 2010<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 5D<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CERTAIN CREDITORS AND PARTIES IN INTEREST:**

Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession herein ("Debtor"), hereby submits this case status report in connection with the Case Management Conference set for November 24, 2010.

1. **Description of the Debtor's business and operations.**

The Reverend Dr. Robert H. Schuller and his wife, Arvella, founded the Debtor in 1955. At that time, it consisted of a single church, known as Garden Grove Community Church, which held its services in space rented from the Orange Drive-In Theatre. The church moved to its current location in Garden Grove, California in 1961, occupying a new sanctuary designed by architect Richard Neutra.

The Debtor produces The Hour of Power, which is shown throughout the world and is North America's longest running televised church service. The Debtor's message of "possibility thinking" is also supported through its many facets, including, *inter alia*: (1) the delivery of messages of hope each Sunday by Pastors Sheila Schuller Coleman and Dante Gebel. Dr. Schuller, who is 84, is the featured speaker once per month; (2) providing meals for the homeless every Monday; (3) conducting weekly youth groups; and (4) hosting a number of weekly self-help programs. The Debtor has approximately 190 full-time and part-time employees who support its many facets. The Debtor also operates a pre-school and The Chrystal Cathedral Academy for grades 1-12, and a cemetery, on its campus.

2. **Events precipitating the filing of Chapter 11.**

Over the last few years, the Debtor's leadership has gone through several changes as the ministry has endeavored to transition from its founders to the next generation who will carry the mission of the ministry forward. Robert A. Schuller became Senior Pastor in 2006. He ultimately resigned and Dr. Sheila Schuller Coleman became the Senior Pastor in July of 2009. The period of unsettled leadership caused some in the congregation and viewing audience to leave the ministry, resulting in reduced revenue for an organization that exists primarily on donations. However, the greatest impact on the Debtor's revenues came from the severe downturn in the national economy, which has had a drastic impact on donations to the Debtor and to charitable giving in general. Donations were down approximately 24% in 2009 alone.

Since Dr. Coleman has taken over as Senior Pastor, she has focused her efforts on restoring confidence and enthusiasm in the ministry. It is too early to gauge the results of her efforts but early indicators appear to be favorable. Even though the Debtor cut expenses, the decline in

donations and other revenue was so severe that the benefits of these reductions could not be recognized quickly enough and the Debtor's level of debt, both secured and unsecured, increased. Ultimately, the Debtor decided to address the growing amount of debt by convening a general meeting of creditors under the auspices of Credit Managers Association of California. The meeting was well attended and resulted in a voluntary 90-day moratorium on debt collection activities, which was almost universally observed. Due to the need to have reliable financial information on which to base an out of court repayment plan, the Unofficial Creditors Committee ("Unofficial Committee") granted the Debtor a conditional 90 day extension of the moratorium. Negotiations were well underway between the Debtor and Unofficial Committee when certain creditors sought and obtained writs of attachment and a number of other lawsuits were filed against the Debtor. Unfortunately, the negotiations between the Debtor and the Unofficial Committee stalled due to concern over the cash flow projections and financial reports. Given these circumstances, the Unofficial Committee decided to allow the moratorium to expire on October 9, 2010 and made a demand for payment. Cumulatively, these circumstances then forced the Debtor to file the present Chapter 11 proceeding on October 18, 2010 in order to obtain a breathing spell within which to address the claims of all creditors on a fair, equitable and uniform basis.

**3. What the Debtor hopes to accomplish in this Chapter 11 case.**

The Debtor has worked very hard to reduce overhead and expenses and to identify and evaluate opportunities to improve profitability. In particular, it has worked diligently to develop a repayment plan for its creditors. The Debtor will continue these efforts during this Chapter 11 case, including its ongoing negotiations with the Committee with the view towards promptly filing a plan of reorganization and the pursuit of a speedy exit from Chapter 11. If financial conditions do not permit the negotiations of a repayment plan, other reorganization strategies will be considered, including a sale.

**4. The principal disputes or problems likely to be encountered during the course of the Debtor's reorganization efforts.**

The Official Committee of Unsecured Creditors ("Committee") and the Office of the United States Trustee have indicated that they will likely object to a number of Notices of

Setting/Increasing Insider Compensation.

5. **Has the Debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106 and 1107 and all applicable guidelines of the Office of the U.S. Trustee? If no, why not?**

The Debtor believes that it is in compliance with the Notices and Guides promulgated by the Office of the United States Trustee.

6. **Do any parties claim an interest in the Debtor's cash collateral and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of such party?**

Farmers & Merchants Bank of Long Beach ("Bank") and the Committee claim an interest in the Debtor's cash collateral. On October 20, 2010, the Court entered an order approving the Debtor's motion for use of cash collateral on an interim basis. On October 28, 2010, the Debtor filed a notice of partial withdrawal of Debtor's cash collateral motion as to the Bank. On November 5, 2010, the Committee filed a notice of non-opposition to the Debtor's motion for use of cash collateral and reservation of rights. The hearing on the Debtor's motion to use cash collateral on a final basis is set for November 15, 2010. To date, the Debtor has not received any objections to its motion to use cash collateral on a final basis.

7. **The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the UST, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment.**

| Name of Professional | Capacity | Date Application Filed/Date Order Entered |
|---|---|---|
| Winthrop Couchot P.C. | General Insolvency Counsel | November 2, 2010; N/A |
| Gibson Hoffman & Pancione, a Professional Corporation | Special Corporate Counsel | To be submitted; N/A |
| Lutzker & Lutzker LLP | Special IP Counsel | To be submitted; N/A |

**8. Evidence regarding projected income and expenses for the first six months of the case.**

Attached hereto as Exhibit "1" and incorporated herein by this reference is a spreadsheet showing projected income and expenses for the first six months of this case.

**9. Proposed deadline for the filing claims and objections to claims.**

The Debtor anticipates that it will file a motion to set a claims bar date immediately after December 1, 2010, the date on which the Debtor's schedules are due. The Debtor proposes that the deadline for filing objections to claims be 60 days after the Effective Date.

**10. Proposed deadline for the filing of a plan and disclosure statement.**

The Debtor will endeavor to file a Chapter 11 plan within the exclusivity period of 11 U.S.C. § 1121 and ultimately to emerge from Chapter 11 as a financially stronger enterprise. The Debtor intends to strive diligently to reorganize its financial affairs as expeditiously as possible.

**11. Discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts.**

The Debtor is currently reviewing its unexpired leases and executory contracts and will mostly likely make a decision as to whether to assume or reject those leases and contracts in the near future.

DATED: November 10, 2010

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Kavita Gupta
[Proposed] Counsel to Debtor and Debtor-in-Possession

# EXHIBIT "1"

# Crystal Cathedral Ministries
## Projected Cash Flow
### 6 months Ended April 2011

| | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Beginning Cash** | 723,323 | 613,057 | 1,229,445 | 1,400,450 | 1,165,294 | 1,079,783 | 723,323 |
| **Cash Receipts** | | | | | | | |
| Donations and income | 1,874,097 | 3,348,099 | 2,192,425 | 1,830,675 | 1,836,925 | 2,439,750 | 13,521,970 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| **Total Receipts** | 1,874,097 | 3,348,099 | 2,192,425 | 1,830,675 | 1,836,925 | 2,439,750 | 13,521,970 |
| **Disbursements** | | | | | | | |
| *Operating* | | | | | | | |
| Payroll and Payroll Taxes | 708,000 | 961,912 | 760,574 | 780,005 | 750,109 | 996,163 | 4,956,762 |
| Independent Contractors | 0 | 0 | 0 | 47,544 | 10,565 | 11,247 | 69,357 |
| Airtime | 475,270 | 865,620 | 454,320 | 454,320 | 367,800 | 546,270 | 3,163,600 |
| Rent | 32,383 | 32,383 | 32,383 | 32,383 | 32,383 | 32,383 | 194,298 |
| Utilities | 95,587 | 95,328 | 95,328 | 95,328 | 95,328 | 95,328 | 572,227 |
| Insurance - P&C and WC | 45,132 | 45,132 | 45,132 | 45,132 | 45,132 | 45,132 | 270,792 |
| Insurance - Health | 88,686 | 90,872 | 86,500 | 88,686 | 88,686 | 88,686 | 532,116 |
| Insurance - other | 9,877 | 10,295 | 6,805 | 6,805 | 6,805 | 8,377 | 48,964 |
| Facilities Maintenance | 48,000 | 60,000 | 48,000 | 48,000 | 48,000 | 60,000 | 312,000 |
| Fees and Dues | 25,000 | 32,500 | 26,000 | 26,000 | 26,000 | 32,500 | 169,000 |
| Honorariums | 12,400 | 36,400 | 12,400 | 12,400 | 12,400 | 15,500 | 101,500 |
| Offers | 29,000 | 24,047 | 20,000 | 20,000 | 20,000 | 20,000 | 133,047 |
| Postage | 49,000 | 61,500 | 48,000 | 48,000 | 48,000 | 60,000 | 314,500 |
| Printing | 60,000 | 90,000 | 80,000 | 80,000 | 80,000 | 100,000 | 490,000 |
| Professional Fees | 54,750 | 49,950 | 42,950 | 42,950 | 42,950 | 49,950 | 283,500 |
| Legal and Audit Fees | 48,500 | 29,000 | 29,000 | 14,000 | 24,000 | 69,000 | 213,500 |
| Leases | 15,586 | 15,586 | 15,586 | 15,586 | 15,586 | 15,586 | 93,516 |
| Service Contracts | 38,000 | 47,500 | 38,000 | 38,000 | 38,000 | 47,500 | 247,000 |
| Campus Events | 10,000 | 12,500 | 10,000 | 10,000 | 10,000 | 12,500 | 65,000 |
| Supplies | 26,000 | 32,500 | 26,000 | 26,000 | 26,000 | 32,500 | 169,000 |
| Telephone | 14,092 | 12,385 | 14,092 | 14,092 | 14,092 | 15,504 | 84,257 |
| Travel | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 30,000 |
| Vehicle Maintenance | 2,800 | 3,500 | 2,800 | 2,800 | 2,800 | 3,500 | 18,200 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loan payments - Interest | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 16,800 |
| Loan payments - Principal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Chapter 11* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate protection pmts | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Deposits | 52,500 | 0 | 0 | 0 | 0 | 0 | 52,500 |
| U.S. Trustee Fees | 0 | 0 | 9,750 | 0 | 0 | 9,750 | 19,500 |
| Committee Professional Fees | 25,000 | 30,000 | 25,000 | 25,000 | 25,000 | 30,000 | 160,000 |
| Debtors Professional Fees | | | | | | | |
| WinthrupCouchot | 0 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 375,000 |
| Gipson Hoffman Pancione | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 60,000 |
| **Total Disbursements** | 1,984,363 | 2,731,710 | 2,021,420 | 2,065,831 | 1,922,436 | 2,490,177 | 13,215,937 |
| **Ending Cash** | 613,057 | 1,229,445 | 1,400,450 | 1,165,294 | 1,079,783 | 1,029,356 | 1,029,356 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DEBTOR'S CASE STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 10, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On November 10, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__________________, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2010 | Viann Corbin | Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Frank Cadigan frank.cadigan@usdoj.gov
- Mark R Campbell mcampbell@markcampbelllaw.com
- Marshall F Goldberg mgoldberg@glassgoldberg.com
- Kavita Gupta kgupta@winthropcouchot.com
- John D Monte montelaw@earthlink.net
- Sue Y Park spark@callahan-law.com
- Nanette D Sanders becky@ringstadlaw.com
- Ramesh Singh claims@recoverycorp.com
- Edward J Tredinnick etredinnick@greeneradovsky.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**SERVICE VIA FIRST CLASS MAIL**
**(Unless NEF indicated)**

Crystal Cathedral Ministries
Attn: Gwyn Myers, CRO
13280 Chapman Ave.
Garden Grove, CA 92840-4414

United States Trustee's Office
Attn: Frank Cadigan, Esq.
411 West Fourth St., #9041
Santa Ana, CA 92701

**CCM**
20Largest, Secured, SpecialNotice
LimitNioticeOrderEntd 10/21/10
Document No. 153450

Proposed Committee Counsel
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1200
Irvine, CA 92614

Credit Managers Association
Attn: Charles Klaus
40 East Verdugo Ave.
Burbank, CA 91502

F&M Bank of Long Beach
c/o Michael Leight, Esq.
6700 Pacific Coast Hwy, #237
Long Beach, CA 90803

F&M Bank of Long Beach
c/o Lawrence C. Meyerson, Esq.
578 Washington Blvd., #867
Marina Del Rey, CA 90292

NEF10/21/10
Dr. Robert H. Schuller
c/o Mark R. Campbell, Esq.
Mark Campbell Law
300 S. Harbor Blvd., #700
Anaheim, CA 92805

Judy A. Quan, Esq.
Gardner & Quan Inc.
5000 Birch St., #4400
Newport Beach, CA 9660

Gipson Hoffman & Pancione
Attn: Robert E. Gipson, Esq.
1901 Avenue of the Stars #1100
Los Angeles, CA 90067-6002

F&M Bank of Long Beach
c/o Michael Leight, Esq.
6700 Pacific Coast Highway, #237
Long Beach, CA 90803

NEF 10/27/10
PNCEF, LLC,
c/o Marshall F. Goldberg, Esq.
Glass & Goldberg
21700 Oxnard St., #430
Woodland Hills, CA 91367-3665

NEF 11/1/10
Temploy, Inc.
c/o Callahan & Blaine, APLC
Stephen E. Blaine, Esq.
Sue Y. Park, Esq.
3 Hutton Centre Dr., 9th Fl.
Santa Ana, CA 92707

11/10/10 CrtManual
Christina Wilcox
2480 Fairview Way
Costa Mesa, CA 92626

**NEF 11/10/10**
Edward J. Tredinnick, Esq.
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, #400
San Francisco, CA 94111

| **Committee Members** | **Committee Members** | **Committee Members** |
|---|---|---|
| Committee Member<br>Promotional Media Inc.<br>Attn: Denise Bodourian, VP Sales<br>727 N. Main St.<br>Orange, CA 92868 | Committee Member<br>FGS-CA, Inc.<br>Attn: Angela Moghadasnia<br>~~5401 Jurupa Street~~<br>~~Ontario, CA 91761~~<br>Moved - Per Returned FedEx 10/29/10<br>See below | Committee Member<br>A-1 Building Maintenance, Inc.<br>Attn: Alan Bennett<br>P.O. Box 80507<br>RSM, CA 92688-0507 |
| Committee Member<br>World Marketing-Los Angeles<br>Attn: Richard Pane<br>10918 Emiline St.<br>Omaha, NE 68128 | Committee Member<br>Lutzker & Lutzker, LLP<br>~~Attn: Arnold P. Lutzker~~<br>~~1233 20th St. NW, Suite 703~~<br>~~Washington, DC 20036~~<br>Withdrew from Committee 10/29/10 | Committee Member<br>Advantage Mailing Inc.<br>Attn: Brett Noss, CFO<br>1600 N. Kraemer Blvd.<br>Anaheim, CA 92806 |
| Committee Member<br>Media Services Agency<br>Attn: John B. Casoria<br>P.O. Box 11901<br>Santa Ana, CA 92711 | Committee Member<br>FGS-CA, Inc.<br>Attn: Angela Moghadasnia<br>13472 Young St.<br>Santa Ana, CA 92705 | Committee Member<br>Kristina Oliver<br>c/o Doris Oliver<br>33677 Mojonnier Way<br>Wildomar, CA 92595 |