MARC J. WINTHROP - State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES, a California nonprofit corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION FOR LIMITED MODIFICATION OF THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION IN SUPPORT THEREOF**<br><br>[11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001 and Local Bankruptcy Rule 9013-1]<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that Crystal Cathedral Ministries, a California non-profit corporation, the debtor and debtor-in-possession herein ("Debtor"), hereby moves ("Motion") the Court for an order granting the following relief:

A) approving the stipulation ("Stipulation") between the Debtor and Patrick J. Couchois ("Couchois") for limited modification of the automatic stay to allow Couchois to continue to prosecute that certain Action (defined below); and

B) Such further relief as the Court deems just and proper.

This Motion is made on the basis of the Declaration of Gwyn J. Myers ("Declaration") appended hereto, the within points and authorities, and on such other evidence as the Court elects to consider prior to or at the hearing on this matter.

**IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTION, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, YOU MUST FILE AN OBJECTION AND A REQUEST FOR A HEARING WITH THE COURT WITHIN FOURTEEN (14) DAYS OF THE DATE OF SERVICE OF THE MOTION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. YOU MUST SERVE A COPY OF THE OBJECTION AND REQUEST FOR A HEARING UPON THE DEBTOR'S COUNSEL AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THE FIRST PAGE OF THE MOTION, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, ROOM 9041, SANTA ANA, CA 92701. UPON ANY RECEIPT OF A WRITTEN OBJECTION AND REQUEST FOR A HEARING, THE DEBTOR'S COUNSEL WILL OBTAIN A HEARING DATE ON THE MOTION**

///

///

**AND GIVE APPROPRIATE NOTICE THEREOF. ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION TO THE MOTION MAY RESULT IN ANY SUCH OBJECTION BEING WAIVED.**

DATED: December 14, 2010

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Kavita Gupta
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**STATEMENT OF FACTS**

**A. The Debtor.**

On October 18, 2010 ("Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has managed its affairs pursuant to Sections 1107 and 1108 of the United States Bankruptcy Code.

**B. The District Court Action.**

On December 18, 2009, Couchois filed an action entitled *Patrick J. Couchois v Crystal Cathedral Ministries* in the United Stated District Court for the Central District of California, Case No. SACV 09-01500 DOC (ANX) (the "Action") seeking damages for the following alleged claims for relief: (1) wrongful termination in violation of public policy; (2) race discrimination under Title VII; (3) race discrimination under 42 USC § 1981; (4) national origin discrimination under Title VII; (5) national discrimination under 42 USC § 1981; and (6) age discrimination under the ADEA.

Couchois seeks modification of the automatic stay to continue to prosecute the Action to seek recovery only from the Debtor's insurer and any insurance policy proceeds, if any. He has agreed to waive any deficiency or other claim against the Debtor and its estate.

Accordingly, the Debtor and Couchois have entered into a stipulation for the limited modification of the automatic stay, a copy of which is attached as Exhibit "1" to the Declaration. By this Motion, the Debtors seek court approval of the Stipulation.

**II.**

**CAUSE EXISTS TO APPROVE THE STIPULATION**

Section 362(d)(1) provides that the automatic stay may be modified upon a showing of "cause":

> (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay--
> (1) for cause, ...

11 USCA § 362(d)(1).

The Debtor believes that "cause" exists to approve the Stipulation because Couchois has agreed to limit his recovery to solely to insurance proceeds, if any, and to waive any deficiency or other claim against the Debtor and the estate, including the filing or amendment of a proof of claim under Section 501 in this case. Accordingly, the Stipulation alleviates any potential liability of the Debtor and its estate. Creditors will not be prejudiced and are, in fact, benefited by the Stipulation, as any potential liability will not be borne by the Debtor and its estate. Thus, the Debtor believes that an order approving the Stipulation is in the best interest of the Debtor and its estate.

Federal Rule of Bankruptcy Procedure 4001(d)(1) provides:

> A motion for approval of an agreement ... (C) to modify or terminate the stay provided for in § 362... shall be served on any committee elected pursuant to § 705 or appointed pursuant to § 1102 of the Code or its authorized agent ... and on such other entities as the court may direct. The motion shall be accompanied by a copy of the agreement.

Fed. R. Bank. P. 4001(d)(1).

## III.

## THIS MOTION MAY BE APPROVED WITHOUT A FORMAL HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

The Debtor seeks this Court's approval of the Motion in accordance with Local Bankruptcy Rule 9013-1(o), which provides that all matters except those specifically noted in paragraph (o)(2) (none of which is not applicable to the within case), and as otherwise ordered by the court, any matter which may be set for hearing in accordance with Local Bankruptcy Rule 9013-1 may be determined upon notice of opportunity to request a hearing. Local Bankruptcy Rule 9013-1 further provides that any response and request for hearing must be filed and served within 14 days after the date of service of the notice.

IV.

**CONCLUSION**

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order approving the Stipulation and for such other relief as the Court deems just and proper.

DATED: December 24, 2010

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Kavita Gupta
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

**DECLARATION OF GWYN J. MYERS**

I, Gwyn J. Myers, declare as follows:

1. I am the Chief Restructuring Officer of Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession herein ("Debtor"),[1] and am responsible for overseeing the day-to-day operations and financial performance of the Debtor. Consequently, I have been involved in supervising all aspects of the Debtor's financial and business affairs since April 2010.

2. The facts stated herein are within my personal knowledge, and if called upon to testify to such facts I could and would testify competently thereto.

3. On October 18, 2010 ("Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has managed its affairs pursuant to Sections 1107 and 1108 of the United States Bankruptcy Code.

4. On December 18, 2009, Couchois filed an action entitled *Patrick J. Couchois .v Crystal Cathedral Ministries* in the United Stated District Court for the Central District of California, Case No. SACV 09-01500 DOC (ANX) (the "Action") seeking damages for the following claims for relief: (1) wrongful termination in violation of public policy; (2) race discrimination under Title VII; (3) race discrimination under 42 USC § 1981; (4) national origin discrimination under Title VII; (5) national discrimination under 42 USC § 1981; and (6) age discrimination under the ADEA.

5. Couchois seeks limited modification of the automatic stay to continue to prosecute the Action to seek recovery only from the Debtor's insurer and any insurance policy proceeds, if any. He has agreed to waive any deficiency or any other claim against the Debtor and its estate. Accordingly, the Debtor and Couchois have entered into a stipulation for the limited modification of the automatic stay, a copy of which is attached hereto as Exhibit "1."

6. The Debtor believes that "cause" exists to approve the Stipulation because Couchois has agreed to limit his recovery to solely to insurance proceeds, if any, and to waive any deficiency or other claim against the Debtor and the estate, including the filing or amendment of a proof of claim under Section 501 in this case. Accordingly, the Stipulation alleviates any potential liability of the

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

Debtor and its estate. Creditors will not be prejudiced and are, in fact, benefited by the Stipulation, as any potential liability will not be borne by the Debtor and its estate. Thus, the Debtor believes that an order approving the Stipulation is in the best interest of the Debtor and its estate.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 14th day of December 2010, at Garden Grove, California.

Gwyn J. Myers

# EXHIBIT "1"

MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11 Proceeding<br><br>**STIPULATION FOR LIMITED MODIFICATION OF THE AUTOMATIC STAY**<br><br>[11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001 and Local Bankruptcy Rule 9013-1]<br><br>[No Hearing Requested] |

This stipulation ("Stipulation") is entered into by and between Crystal Cathedral Ministries, a California non-profit corporation, the debtor and debtor-in-possession herein ("Debtor") and Patrick J. Couchois ("Couchois"), by and through their respective counsel of record, with respect to the following facts and circumstances:

**RECITALS**

A. On December 18, 2009, Couchois filed an action entitled *Patrick J. Couchois v. Crystal Cathedral Ministries* in the United Stated District Court for the Central District of California, Case No. SACV 09-01500 DOC (ANX) ("Action") seeking damages for the following alleged claims for relief: (1) wrongful termination in violation of public policy; (2) race discrimination under Title VII; (3) race discrimination under 42 USC § 1981; (4) national origin discrimination under Title VII; (5) national discrimination under 42 USC § 1981; and (6) age discrimination under the ADEA.

B. On October 18, 2010 (the "Petition Date"), the Debtor filed its petition under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor is continuing in operation and management of its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

C. Couchois wishes to modify the automatic stay to continue to prosecute the Action to seek recovery solely from the Debtor's insurer and insurance policy proceeds, if any. He has agreed to waive any deficiency claim or any other claim against the Debtor and its estate.

D. Accordingly, the parties have agreed to enter into this Stipulation to resolve the above-referenced matter.

**STIPULATION**

NOW THEREFORE, in consideration of the above recitals, the Debtor and Couchois agree and stipulate that:

1. The automatic stay under 11 U.S.C. § 362(a) shall be modified to allow Couchois to proceed with the Action provided that:

a. The costs of Debtor's defense of the Action are covered by liability insurance, if any;

b. If Couchois becomes entitled to recover for the Debtor's potential liability in the Action, such recovery shall come only from the Debtor's insurer and insurance policy proceeds, if any;

c. Couchois' recovery, if any, based on the Debtor's potential liability in the Action shall not exceed the limits of liability coverage available under all applicable policies of liability insurance and shall not be treated as an allowed claim in the Debtor's bankruptcy case, and;

d. The Debtor and its estate are not responsible for the payment of any insurance deductible other than what may have already been paid prior to the Petition Date.

2. Except as expressly set forth in paragraph 1 above, Couchois hereby waives any and all claims that he may have against the Debtor and its estate, and Couchois shall not be entitled to vote on any plan of reorganization proposed in the Debtor's case.

3. The automatic stay under 11 U.S.C. § 362(a) shall remain in effect with respect to any action taken against the Debtor and its estate except as modified in paragraph 1 above.

4. The 14 day stay otherwise provided for in Fed. R. Bankr. P. 4001(a)(3) is waived.

5. Except as herein provided, the parties hereto reserve all rights.

Dated: December 14, 2010

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: /s/ Marc J. Winthrop
Marc Winthrop
Kavita Gupta
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

Dated: December 13, 2010

**BARRERA & ASSOCIATES**

By: [signature]
Patricio T.D. Barrera
Counsel for Patrick J. Couchois



MAINDOCS-#154684-v1-Crystal_Stip_R_S_Couchois

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION FOR LIMITED MODIFICATION OF THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**<u>(indicate method for each person or entity served):</u>

On December 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Via Mail -**
**Honorable Robert Kwan**
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(indicate method for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 14, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Counsel to Patrick J. Couchois - Patricio T.D. Barrera - email: barrera@BAattorneys.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2010 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Frank Cadigan frank.cadigan@usdoj.gov
- Mark R Campbell mcampbell@markcampbelllaw.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Marshall F Goldberg mgoldberg@glassgoldberg.com
- Kavita Gupta kgupta@winthropcouchot.com
- Edward S Kim ekim@hemar-rousso.com
- Steven B Lever sblever@leverlaw.com
- John D Monte montelaw@earthlink.net
- Sue Y Park spark@callahan-law.com
- Todd C. Ringstad becky@ringstadlaw.com
- Christopher O Rivas crivas@reedsmith.com
- Nanette D Sanders becky@ringstadlaw.com
- Ramesh Singh claims@recoverycorp.com
- Edward J Tredinnick etredinnick@greeneradovsky.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Andrew F Whatnall awhatnall@daca4.com
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**NEF SERVICE LIST**

- Frank Cadigan frank.cadigan@usdoj.gov
- Mark R Campbell mcampbell@markcampbelllaw.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Marshall F Goldberg mgoldberg@glassgoldberg.com
- Kavita Gupta kgupta@winthropcouchot.com
- Edward S Kim ekim@hemar-rousso.com
- Steven B Lever sblever@leverlaw.com
- John D Monte montelaw@earthlink.net
- Sue Y Park spark@callahan-law.com
- Todd C. Ringstad becky@ringstadlaw.com
- Christopher O Rivas crivas@reedsmith.com
- Nanette D Sanders becky@ringstadlaw.com
- Ramesh Singh claims@recoverycorp.com
- Edward J Tredinnick etredinnick@greeneradovsky.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Andrew F Whatnall awhatnall@daca4.com
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

SERVICE VIA FIRST CLASS MAIL
(Unless NEF indicated)

Crystal Cathedral Ministries
Attn: Gwyn Myers, CRO
13280 Chapman Ave.
Garden Grove, CA 92840-4414

NEF
United States Trustee's Office
Attn: Frank Cadigan, Esq.
411 West Fourth St., #9041
Santa Ana, CA 92701

**CCM**
SpecialNotice, Secured
LimitNioticeOrderEntd 10/21/10
Document No. 153450

NEF
Committee Counsel
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1200
Irvine, CA 92614

Credit Managers Association
Attn: Charles Klaus
40 East Verdugo Ave.
Burbank, CA 91502

F&M Bank of Long Beach
c/o Michael Leight, Esq.
6700 Pacific Coast Hwy, #237
Long Beach, CA 90803

F&M Bank of Long Beach
c/o Lawrence C. Meyerson, Esq.
578 Washington Blvd., #867
Marina Del Rey, CA 90292

NEF10/21/10
Dr. Robert H. Schuller
c/o Mark R. Campbell, Esq.
Mark Campbell Law
300 S. Harbor Blvd., #700
Anaheim, CA 92805

Judy A. Quan, Esq.
Gardner & Quan Inc.
5000 Birch St., #4400
Newport Beach, CA 9660

Gipson Hoffman & Pancione
Attn: Robert E. Gipson, Esq.
1901 Avenue of the Stars #1100
Los Angeles, CA 90067-6002

NEF 10/27/10
PNCEF, LLC,
c/o Marshall F. Goldberg, Esq.
Glass & Goldberg
21700 Oxnard St., #430
Woodland Hills, CA 91367-3665

NEF 11/1/10
Temploy, Inc.
c/o Callahan & Blaine, APLC
Stephen E. Blaine, Esq.
Sue Y. Park, Esq.
3 Hutton Centre Dr., 9th Fl.
Santa Ana. CA 92707

11/10/10 CrtManual
Christina Wilcox
2480 Fairview Way
Costa Mesa, CA 92626

**NEF 11/10/10**
Edward J. Tredinnick, Esq.
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, #400
San Francisco, CA 94111

NEF 11/11/10
Frandzel, Robins Bloom & Csato, LC
Bernard R. Given, II
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048

RSN11/16/10
Morgan Stanley Bank, NA
c/o Reed Smith LLP
Christopher O. Rivas, Esq.
355 S. Grand Ave., #2900
Los Angeles, CA 90071-1514

RSN11/16/10
Morgan Stanley Bank, NA
c/o Reed Smith LLP
Mark D. Silverschotz, Esq.
599 Lexington Ave.
New York, NY 10022

NEF 12/6/2010
Steven B. Lever, Esq.

NEF 12/9/10
Edward S. Kim, Esq.
Hemar, Rousso & Heald, LLP