MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel
for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:10-bk-24771 RK<br><br>Chapter 11 Proceeding<br><br>**STIPULATION FOR THE APPOINTMENT OF AN EXAMINER**<br><br>[11 U.S.C. § 1104]<br><br>[No Hearing Set] |

This stipulation ("Stipulation") is entered into by and between Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession herein ("Debtor"); the Office of the United States Trustee ("OUST"); and the Official Committee of Unsecured Creditors ("Committee") by and through their respective counsel of record, with respect to the following facts and circumstances:

**RECITALS**

A. On October 18, 2010 ("Petition Date"), the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code"). Since the Petition Date, the Debtor has managed its affairs as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B. On October 27, 2010, the Office of the United States Trustee appointed the Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code.

C. During the period of November 2, 2010 through December 2, 2010, the Debtor served 15 Notices of Setting/Increasing Insider Compensation ("Notice" or, collectively, "Notices") for certain insiders[1] pursuant to Local Bankruptcy Rule 2014-1.

D. Additional Notices for insiders may be filed in the future.

E. The OUST and the Committee have each filed objections to the Notices for Mr. Southard, Ms. Klaassen and Ms. Penner, and the Committee filed an objection as to Mr. Gaultiere (collectively, the "Contested Notices"). Pursuant to Local Bankruptcy Rule 2014-1(a)(4), the Debtor has set the Contested Notices for hearing, which are scheduled for January 5, 2010 at 2:00 p.m.

F. The OUST, the Committee and the Debtor believe that it is appropriate for an examiner to be appointed at this time under the circumstances pursuant to Section 1104 of the Bankruptcy Code to investigate certain insider compensation issues, including the Contested Notices and any future Notices that the Debtor may file. Accordingly, the parties have agreed that an examiner may be appointed under Section 1104 for the limited purposes set forth below.

[1] The insiders included: Gwyn Myers, Fred Southard, William Gaultiere, Neva Penner Klaassen, Gretchen Penner, Ashley Denison, James Coleman, James Penner, Diane Penner Kirchner, Alfred Klaassen, Paige Penner, Sheila Schuller Coleman, Michael Mysse, Spencer Denison and Courtney Dennison.

**STIPULATION**

**NOW, THEREFORE**, in consideration of the above recitals, Debtor, the OUST and the Committee, by and through their respective counsel, hereby stipulate and agree as follows:

1. The OUST will appoint an examiner to investigate insider compensation issues, including the Contested Notices and any future Notices that may be filed. This Stipulation is without prejudice to the expansion of the scope of the examiner's investigation pursuant to further stipulation between the parties or court order. The examiner shall file his/her report as expeditiously as possible but no later than January 31, 2011, subject to the examiner's right to seek an extension of this deadline for cause shown, and provided that if additional Notices are filed to which the OUST or the Committee objects, the examiner will have until 30 days after the date on which the objection was filed to submit his/her report on such additional Contested Notices.

2. Given the limited scope of the examiner's investigation to be undertaken pursuant to this Stipulation, the parties agree that the examiner's fees for such investigation shall be capped at $25,000, exclusive of costs, absent further agreement of the parties or order of this Court for cause shown.

3. The hearings on the Contested Notices will be continued from January 5, 2011 at 2:00 p.m. to February __, 2011 at _____ __.m. to allow the examiner a reasonable opportunity to conduct his investigation.

4. Except as herein provided, the parties reserve all rights herein.

Dated: December 10, 2010

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: ______________________
Marc J. Winthrop
Kavita Gupta
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

***[SIGNATURE CONTINUED ON NEXT PAGE]***

Dated: December__, 2010

**OFFICE OF THE UNITED STATES TRUSTEE**

By: ______________________________
Frank M. Cadigan
United States Trustee

Dated: December 10, 2010

**RINGSTAD & SANDERS, LLP**

By: ______________________________
Nanette Sanders
[Proposed] Counsel for the Official Committee of Unsecured Creditors

Dated: December 17, 2010

**OFFICE OF THE UNITED STATES TRUSTEE**

By: [signature]
Frank M. Cadigan
United States Trustee

Dated: December __, 2010

**RINGSTAD & SANDERS, LLP**

By: ______________________
Nanette Sanders
[Proposed] Counsel for the Official Committee of Unsecured Creditors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **APPROVING STIPULATION FOR THE APPOINTMENT OF AN EXAMINER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 20, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On __________________, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 20, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Us Trustee: Frank.Cadigan@usdoj.gov
Debtor: Gwyn Myers: gwynmyers@mac.com
Committee Counsel: Todd@ringstadlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| December 20, 2010 | Viann Corbin | Viann Corbin |
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Frank Cadigan frank.cadigan@usdoj.gov
- Mark R Campbell mcampbell@markcampbelllaw.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Marshall F Goldberg mgoldberg@glassgoldberg.com
- Kavita Gupta kgupta@winthropcouchot.com
- Edward S Kim ekim@hemar-rousso.com
- Steven B Lever sblever@leverlaw.com
- John D Monte montelaw@earthlink.net
- Sue Y Park spark@callahan-law.com
- Todd C. Ringstad becky@ringstadlaw.com
- Christopher O Rivas crivas@reedsmith.com
- Nanette D Sanders becky@ringstadlaw.com
- Ramesh Singh claims@recoverycorp.com
- Edward J Tredinnick etredinnick@greeneradovsky.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Andrew F Whatnall awhatnall@daca4.com
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com