PETER C. ANDERSON
United States Trustee
**FRANK CADIGAN (Bar # 095666)**
**Assistant United States Trustee**
OFFICE OF THE U.S. TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
UNITED STATES COURTHOUSE
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br>**CRYSTAL CATHEDRAL MINISTRIES,** a California nonprofit corporation,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER: 8:10-bk-24771-RK<br><br>APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 EXAMINER<br><br>(No Hearing Required) |

The United States Trustee hereby applies to the Court pursuant to FRBP 2007.1 for an Order Approving the Appointment of Chapter 11 examiner, and in support thereof, states:

1. The United States Trustee has appointed as Chapter 11 Examiner in the above-captioned case, Christopher Barclay.

2. The United States Trustee has consulted with the following parties in interest regarding the appointment of the Chapter 11 examiner:

(x) Debtor: Debtor's Counsel Marc Winthrop of Winthrop Couchot a Professional Corporation.

(X) Creditors Committee: Nanette Sanders of Ringstad & Sanders, LLP, counsel to the Official Committee of Unsecured Creditors.

3. To the best of the Applicant's knowledge, the Chapter 11 examiner's connection with the debtor, creditors, any other parties in interest, their respective attorney and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in the Chapter 11 examiner's attached ***Declaration of Disinterest of C.R. Barclay, Proposed Chapter 11 Examiner.***

WHEREFORE, Applicant requests that the Court enter an Order Approving the Appointment of **CHRISTOPHER BARCLAY**, as Chapter 11 examiner in the above-captioned case.

DATED: December 17, 2010

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Frank M. Cadigan

Frank Cadigan
Assistant U.S. Trustee

RECEIVED

2010 DEC 16 P 12:58

OFFICE OF U.S. TRUSTEE SANTA ANA, CA

C. R. Barclay, CPA
LECG, LLC
600 Anton Blvd., Suite 1350
Costa Mesa, CA 92626
Telephone: (714) 662-0800
Facsimile: (714) 662-0801
Email: cbarclay@lecg.com

[Proposed] Examiner

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>CRYSTAL CATHEDRAL MINISTRIES, a California nonprofit corporation,<br><br>Debtor and Debtor-in-Possession. | BANKRUPTCY CASE NO.: 8:10-BK-24771-RK<br><br>CHAPTER 11<br><br>DECLARATION OF DISINTEREST OF C. R. BARCLAY, PROPOSED CHAPTER 11 EXAMINER<br><br>[11 U.S.C. § 1104]<br><br>[No Hearing Set] |

I, C. R. Barclay, hereby declare and state as follows:

1. The matters stated herein are true and correct and within my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. I am a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and I hereby accept the appointment and agree to serve as examiner in the above referenced chapter 11 bankruptcy case.

3. I further declare that to the best of my knowledge, except as disclosed herein, I have no connections with the Debtor, creditors and other parties-in-interest, their respective attorneys, accountants, the United States Trustee, or any other person employed in the office of the United States Trustee.

4. I further declare that I am not a creditor, an equity security holder, or an insider; I am not and was not, within two years before the date of filing of the petition, a director, officer or employee of the Debtor; and I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason or any direct or indirect relationship to connection with, or interest in, the Debtor, or for any other reason.

5. I am a standing member of the panel of chapter 7 trustees for the United States Bankruptcy Court, Central District of California. I am also a Certified Public Accountant and Certified Insolvency and Restructuring Advisor. I am employed by LECG, LLC ("LECG").

6. LECG is a global expert services firm with over 30 offices worldwide. In compliance with the disclosure requirements of Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I have caused LECG to perform a conflicts check for purposes of investigating its relationship, if any, with the Debtor and other parties-in-interest concerning this bankruptcy case as identified to me by the Office of the United States Trustee. Those parties include: the Debtor, the 20 (twenty) largest creditors and the insiders of the Debtor identified in papers filed by the United State Trustee in this case. On or about December 1, 2010, the Debtor filed complete schedules listing the identity of all of its creditors. LECG will undertake to prepare an expanded conflicts check based on this additional information and, if necessary, I will file a supplemental declaration of disinterest.

7. I must point out that the conflicts and disclosure process, although it represents best efforts, is a fallible undertaking. For example, much of our conflicts check is done by searching a computer database. If the database input contains a misspelling, a conflict could potentially be missed. Additionally, due to the magnitude of the aforementioned computer database, many common names, for example those of telephone companies, banks, common individual surnames, etc. appear



LECG, LLC
600 Anton Blvd,
Suite 1350
Costa Mesa, CA 92626
Telephone:
(714) 662-0800

repetitively. To the best of my knowledge, such references do not constitute conflicts of interest and do not impact either my own or LECG's "disinterestedness" as required by the Bankruptcy Code.

8. The results of the conflicts check referenced above show that, in addition to myself, LECG is a "disinterested person" and neither holds nor represents any interest adverse to the estate. LECG has no connection to any affiliate, creditor or other party-in-interest, except as noted below.

9. LECG previously acted as an expert witness in a matter before the Copyright Royalty Board on behalf of a "self-identified" class of claimants known as Sunday Devotional Broadcasters ("Devotional Claimants"). LECG was retained by counsel for the Devotional Claimants to provide expert witness testimony concerning the allocation of royalties paid to the royalty fund administered by the Copyright Royalty Board. I understand that the Debtor is one of a number of claimants who comprise the Devotional Claimants. Although this is a connection, I do not believe that LECG's involvement in the aforementioned matter constitutes a conflict of interest.

10. In addition, my wife's aunt, Eiko Harford, is a former office clerk for the Debtor; I understand that Ms. Harford retired in our about May 2008. Ms. Harford held no management positions with the Debtor and is not a creditor of the Debtor. Although this is a connection, I do not believe that the aforementioned relation constitutes a conflict of interest.

11. I further state that both LECG and I are disinterested persons, within the meaning of Section 101(14) of the Bankruptcy Code, because:

a) Neither of us is a creditor, equity security holder or an insider of the Debtor;

b) Neither of us is or was, within two years before the date of the filing of the petition, a director, officer or employee of the Debtor; and

c) Neither of us has an interest materially adverse to the interest of the Debtor or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

12. Finally, to the best of my knowledge, neither LECG nor I have any connection to any United States Bankruptcy Judge nor the United States Trustee nor any of the persons employed in the Office of the United States Trustee, in the above captioned federal judicial district, other than that I



LECG, LLC
600 Anton Blvd,
Suite 1350
Costa Mesa, CA 92626
Telephone:
(714) 662-0800

have previously been appointed and served as an examiner in other unrelated cases and I am a chapter 7 panel trustee in the Central District of California, Riverside Division.

13. I will continue to monitor the parties involved in this case and as necessary file supplemental declarations concerning my disinterestedness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December, 2010, at Costa Mesa, California.

C. R. Barclay
Proposed Chapter 11 Examiner



LECG, LLC
600 Anton Blvd,
Suite 1350
Costa Mesa, CA 92626
Telephone:
(714) 662-0800

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.**
**Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

**PROOF OF SERVICE OF DOCUMENT**

**I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701**

**A true and correct copy of the foregoing document described as APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 EXAMINER will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:**

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 21, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:**

- Frank Cadigan frank.cadigan@usdoj.gov
- Kavita Gupta kgupta@winthropcouchot.com
- Nanette D Sanders becky@ringstadlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ **Service information continued on attached page**

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):</u>**
**On December 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.**

**Crystal Cathedral Ministries, 1**3280 Chapman Ave., Garden Grove, CA 92840-4414

☐ **Service information continued on attached page**

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 21, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.**

**Honorable Robert Kwan – Bin outside room 5097**
**C.R. Barclay, CPA cbarclay@lecg.com**

☐ **Service information continued on attached page**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

| | | |
|---|---|---|
| **12/21/10** | **Dinah Grosch** | **/s/ Dinah Grosch** |
| ***Date*** | ***Type Name*** | ***Signature*** |