MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel
for Debtor and Debtor-in-Possession

FILED & ENTERED

DEC 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES, a California nonprofit corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR THE APPOINTMENT OF AN EXAMINER**<br><br>[11 U.S.C. § 1104]<br><br>[No Hearing Set] |

The Court having read and considered the stipulation (the "Stipulation") by and between Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession herein, the Office of the United States Trustee and the Official Committee of Unsecured Creditors for the appointment of an examiner [Docket No. 98], and good and sufficient cause existing, it is hereby

**ORDERED** that:

1. The Stipulation is approved in its entirety.
2. The hearings on the Contested Notices will be continued from January 5, 2011 at 2:00 p.m. to February 9, 2011 at 2:00 p.m. to allow the examiner a reasonable opportunity to conduct his investigation.

###

DATED: December 28, 2010

United States Bankruptcy Judge



Order#33479#2d79e94f-13c1-41c5-bde5-4c3d5fc1cb0f

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING STIPULATION FOR THE APPOINTMENT OF AN EXAMINER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __________________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ____________________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 20, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Us Trustee: Frank.Cadigan@usdoj.gov
Debtor: Gwyn Myers: gwynmyers@mac.com
Committee Counsel: Todd@ringstadlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| December 20, 2010 | Viann Corbin | /s/ Viann Corbin |
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION FOR THE APPOINTMENT OF AN EXAMINER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 20, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Frank Cadigan frank.cadigan@usdoj.gov
Mark R Campbell mcampbell@markcampbelllaw.com
Bernard R Given bgiven@frandzel.com,
efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Marshall F Goldberg mgoldberg@glassgoldberg.com
Kavita Gupta kgupta@winthropcouchot.com
Edward S Kim ekim@hemar-rousso.com
Steven B Lever sblever@leverlaw.com
John D Monte montelaw@earthlink.net
Sue Y Park spark@callahan-law.com
Todd C. Ringstad becky@ringstadlaw.com
Christopher O Rivas crivas@reedsmith.com
Nanette D Sanders becky@ringstadlaw.com
Ramesh Singh claims@recoverycorp.com
Edward J Tredinnick etredinnick@greeneradovsky.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Andrew F Whatnall awhatnall@daca4.com
Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor, Crystal Cathedral Ministries, 13280 Chapman Ave, Garden Grove, CA 92840-4414

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Debtor: Gwyn Myers: gwynmyers@mac.com