PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (Bar No. 95666)
Assistant U.S. Trustee
Ronald Reagan Federal Building
& U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: frank.cadigan@usdoj.gov

FILED & ENTERED

JAN 24 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California non-profit corp.,<br><br>Debtor | CASE NUMBER: 8:10-bk-24771-RK<br><br>CHAPTER 11<br><br>ORDER APPROVING APPLICATION FOR THE APPOINTMENT OF CHAPTER 11 EXAMINER<br><br>DATE: NO HEARING REQUIRED<br>TIME:<br>CTRM: |

Upon consideration of the Application for the Appointment of a Chapter 11 Examiner (see Application filed on December 21, 2010 as docket item #99) by the United States Trustee for Region 16 (“U.S.Trustee”) and good cause appearing therefor:

//

//

//

IT IS HEREBY ORDERED THAT the U.S. Trustee's Application for the Appointment of Chapter 11 Examiner is approved and Christopher Barclay is appointed as the Chapter 11 Examiner in the above-captioned case.

###

DATED: January 24, 2011

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPLICATION FOR THE APPOINTMENT OF CHAPTER 11 EXAMINER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 20, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Frank Cadigan frank.cadigan@usdoj.gov
Mark R Campbell mcampbell@markcampbelllaw.com
Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Marshall F Goldberg mgoldberg@glassgoldberg.com
Kavita Gupta kgupta@winthropcouchot.com
Edward S Kim ekim@hemar-rousso.com
Steven B Lever sblever@leverlaw.com
Michael S Mitchell mike@demarcomitchell.com
John D Monte montelaw@earthlink.net
Sue Y Park spark@callahan-law.com
Todd C. Ringstad becky@ringstadlaw.com
Christopher O Rivas crivas@reedsmith.com
Nanette D Sanders becky@ringstadlaw.com
Ramesh Singh claims@recoverycorp.com
Edward J Tredinnick etredinnick@greeneradovsky.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Andrew F Whatnall awhatnall@daca4.com
Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
Arnold H Wuhrman Wuhrman@serenitylls.com

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Crystal Cathedral Ministries, 13280 Chapman Ave., Garden Grove, CA 92840-4414

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: