B210
(12/04)

# United States Bankruptcy Court

## Central District of California, Santa Ana Division

In re: Crystal Cathedral Ministries, et al.,    Case No. 10-24771 RK

Debtor    Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Southpaw Koufax, LLC<br>Name of Transferee | Response Envelope, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831<br>Attn: Jeff Cohen<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>Response Envelope, Inc.<br>1340 South Baker Avenue<br>Ontario, CA 91761 |
| Phone: _____ | Phone: |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Court Claim # (if known): 271
Date Claim Filed: 04/15/11

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jeff Cohen    Date: April 15, 2011
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
    CLERK OF THE COURT

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

Claim No.: 271

  For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, **Response Envelope** (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto **Southpaw Koufax, LLC** its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with the Schedule F claim in the amount of **$36,091.45** (the "Claim") against Crystal Cathedral Ministries (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Crystal Cathedral Ministries, Case No. 10-24771 pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

  Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

  You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer at the following address:

Southpaw Koufax, LLC
2 West Greenwich Office Park, 1st Floor
Greenwich, CT 06831
Attn: Jeff Cohen
Email: JC@SouthpawAsset.com
Tel: (203) 862-6208

*(Remainder of page intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 31, 2011.

**RESPONSE ENVELOPE**

By: _____
Name: Jack Sultze
Title: Exec. V.P./Credit Manager

**SOUTHPAW KOUFAX, LLC**

By: _____
Name: _____
Title: _____

**Howard Golden**
**Member**