**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11 Proceeding |

                                                                      **Claim Amount: $23,400.00**
                                                                      **Schedule: F**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(1)**

**TO:**     **TRANSFEROR:**     **Farwest Media Services**
                                        4140 Norse Way
                                        Long Beach, CA 90808

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above scheduled claim against Crystal Cathedral Ministries in the amount of $23,400.00 as evidenced by the attached Evidence of Transfer of Claim to:

        **TRANSFEREE:**     **Pioneer Credit Opportunities Fund, LP**
        (where notices and     Attn: Adam Stein-Sapir
        payments to transferee     Greeley Square Station, P.O. Box 20188
        should be sent)             New York, NY 10001

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                                  _____
                                                                                       Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Farwest Media Services, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P. and any of its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $23,400.00 (the "Claim") against Crystal Cathedral Ministries (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"), administered under Crystal Cathedral Ministries as Case No. 10-24771, and the relevant portion of any and all proofs of claim (No. 99) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 17 day of May, 2011.

ASSIGNOR: _Robert Ranald_ (Signature)
_Robert Ranald_ (Print Name)
_Farwest Media Services_ (Company Name)
_President_ (Title)

ASSIGNEE: _[signature]_ (Signature)
Adam D. Stein-Sapir (Print Name)
Pioneer Credit Opportunities Fund, L.P. (Company Name)
Managing Member (Title)

*This contract is void and null if funds of $7,254.00 to Robert Ranald in 4 business days as of 5/17/11 is not received*

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**                                    Case No. **8:10-bk-24771 RK**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Eun "Ashley" Park<br>18 Santa Cruz Aisle<br>Irvine, CA 92606 | | | Prepaid tuition Crystal Cathedral Academy | | | | 5,065.60 |
| Evan Carl<br>5575 Camino De Bryant<br>Yorba Linda, CA 92887 | | | Trade/Services | | | | 104.50 |
| Evelyn W. Sterenberg<br>719 Valley View Dr.<br>Fulton, IL 61252 | | | Note payable No: 9510, dated: 24482 | | | | 1,000.00 |
| Event Equipment Sales<br>Attn: Corporate Officer<br>9000 W. 67th St.<br>Hodgkins, IL 60525 | | | Trade/Services | | | | 3,929.06 |
| Ezequiel Hernandez<br>435 W. Sierra Madre, Apt. F<br>Sierra Madre, CA 91024 | | | Trade/Services | | | | 3,657.50 |
| Farmers & Merchants Bank of LB<br>c/o Lawrence C. Meyerson, Esq.<br>578 Washington Blvd., #867<br>Marina Del Rey, CA 90292 | | | Unsecured Promissory Note 11/7/2008 | | | | 3,000,000.00 |
| Farwest Media Services<br>Attn: Corporate Officer<br>4140 Norse Way<br>Long Beach, CA 90808 | | | Trade/Services | | | | 23,400.00 |

Sheet no. 27
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC