B210
(12/04)

# United States Bankruptcy Court

### Central District of California, Santa Ana Division

In re: Crystal Cathedral Ministries, et al.,           Case No. 10-24771 RK

    Debtor                                              Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Southpaw Koufax, LLC<br>Name of Transferee | InfoCision Management Corporation<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831<br>Attn: Jeff Cohen<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br>Phone: _____<br><br>Last Four Digits of Acct #: _____ | Name and Current Address of Transferor<br>InfoCision Management Corporation<br>325 Spring Street<br>Akron, OH 44333<br>Attn: Kathleen Gadd<br>Phone:<br><br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known): 249
Date Claim Filed: 02/25/11

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeff Cohen                                           Date: May 31, 2011
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                                                 **CLERK OF THE COURT**

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

Claim No.: 249

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Infocision Management Corp. (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 249 in the amount of $359,788.40 (the "Claim") against Crystal Cathedral Ministries (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Crystal Cathedral Ministries, Case No. 10-24771 pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer at the following address:

Southpaw Koufax, LLC
2 West Greenwich Office Park, 1st Floor
Greenwich, CT 06831
Attn: Jeff Cohen
Email: JC@SouthpawAsset.com
Tel: (203) 862-6208

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 27, 2011.

| INFOCISION MANAGEMENT CORP. | SOUTHPAW KOUFAX, LLC |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Name: Carl Albright | Name: |
| Title: Pres. & CEO | Title: Kevin Wyman, Member |

Case 8:10-bk-24771-RK    Doc 74    Filed 12/10/10    Entered 12/10/10 11:35:21    Desc
Main Document    Page 4 of 124

B10 (Official Form 10 (04/10) Page 1

| UNITED STATES BANKRUPTCY COURT – CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>CRYSTAL CATHEDRAL MINISTRIES, | Case Number:<br>8:10-bk-24771 RK |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>InfoCision Management Corporation | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number:_____<br>*(If known)*<br>Filed on:_____ |
| Name and address where notices should be sent: InfoCision Management Corporation<br>325 Springside Drive<br>Akron, OH 44333<br>Telephone No. 330-668-1400     Attn: Kathleen M. Gadd, General Counsel | |
| Name and address where payment should be sent (if different from above):<br>InfoCision Management Corporation<br>286 Cleveland Massillon Road<br>Akron, OH 44333<br>Telephone No. 330-668-1400     Attn: Dave Hamrick, CFO | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $ 359,788.40

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges.

2. **Basis for Claim:** Fundraising Services Performed
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $_____    Annual Interest Rate: _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____    Basis for Perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

| Date:<br>2-23-11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>[signature]    Dave Hamrick, Chief Financial Officer | FOR COURT USE ONLY |
|---|---|---|

5. Amount of claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commission (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FILED
FEB 25 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ Deputy Clerk

MAINDOCS-#154755-v1-CCM_POC_form.DOC

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**    Case No. **8:10-bk-24771 RK**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Ignacio Espino<br>9260 Nan St.<br>Pico Rivera, CA 90660 | | | Trade/Services | | | | 2,250.00 |
| Il Hyun & Song Hui Hong<br>1553 Yermo Pl.<br>Fullerton, CA 92833 | | | Prepaid tuition Crystal Cathedral Academy | | | | 6,534.00 |
| Imagestuff.Com<br>Attn: Corporate Officer<br>1080 Avenida Acaso<br>Camarillo, CA 93012-8747 | | | Trade/Services | | | | 483.00 |
| Infocision Management Corp.<br>Attn: Corporate Officer<br>325 Springside Dr.<br>Akron, OH 44333 | | | Trade/Services | | | | 359,787.80 |
| Ink Foundry<br>Attn: Corporate Officer<br>5478 Wilshire Blvd., #205<br>Los Angeles, CA 90036 | | | Trade/Services | | | | 16,660.16 |
| Inkhorn Music Productions<br>Attn: Corporate Officer<br>1376 Lakeshore Ln<br>Auburn, AL 36830 | | | Trade/Services | | | | 720.00 |
| Insight Investigations, Inc.<br>Attn: Corporate Officer<br>P.O. Box 891571<br>Temecula, CA 92589 | | | Trade/Services | | | | 5,031.00 |

Sheet no. 37
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC