# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

CRYSTAL CATHEDRAL MINISTRIES,
a California nonprofit corporation,

        Debtor and
        Debtor-in-Possession.

Case No. 8:10-bk-24771-RK

Chapter 11 Proceeding

**Claim Amount: $163,551.00**
**Schedule: F**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(1)

**TO:    TRANSFEROR:**    **The Wheelchair Foundation**
3820 Blackhawk Rd.
Danville, CA 94506

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above scheduled claim against Crystal Cathedral Ministries in the amount of $163,551.00 as evidenced by the attached Evidence of Transfer of Claim to:

    **TRANSFEREE:**    **Pioneer Credit Opportunities Fund, LP**
    (where notices and    Attn: Adam Stein-Sapir
    payments to transferee    Greeley Square Station, P.O. Box 20188
    should be sent)    New York, NY 10001

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                          _____
                                                      Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Wheelchair Foundation, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P. and any of its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $163,551.00 (the "Claim") against Crystal Cathedral Ministries (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"), administered under Crystal Cathedral Ministries as Case No. 10-24771, and the relevant portion of any and all proofs of claim (No. 269) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on __1__ day of __June__, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| _(signature)_ | _(signature)_ |
| (Signature) | (Signature) |
| Christopher L. Rudd | Adam D. Stein-Sapir |
| (Print Name) | (Print Name) |
| Attorney for Wheelchair Foundation | Pioneer Credit Opportunities Fund, L.P. |
| (Company Name) | (Company Name) |
| Attorney, Secretary | Managing Member |
| (Title) | (Title) |