# UNITED STATES BANKRUPTCY COURT

## Central District of California (Santa Ana)

In re:  Crystal Cathedral Ministries      Case No. 10-24771

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | FGS-CA, INC. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone:  516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments
should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

Court Claim # (if known): N/A
Amount of Claim:  USD$252,992.44
Date Claim Filed:  N/A

Phone: (301) 206-5070
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

FGS-CA, INC.
13300 Mid Atlantic Blvd.
Laurel, MD 20708

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  /s/Terrel Ross                    Date: June 7, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
Central District of California (Santa Ana)
411 West Fourth Street
Santa Ana, CA 92701-4593
Attention: Clerk


AND TO:    CRYSTAL CATHEDRAL MINISTRIES   ("Debtor")
Case No. 10-24771


Claim # N/A


**FGS - CA, INC.,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$252,992.44** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7ᵗʰ DAY OF _____June_____, 2011.

ASSIGNOR: FGS - CA, INC. *LLC, Successor to MBK-CA, Inc., f/k/a FGS - California, Inc.*

_____
(Signature)

_Terrence P. Brady_
(Print Name)

_C.E.O._
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

Managing Member
(Title)

B6F (Official Form 6F) - (12/07) - Cont.

In re:  Crystal Cathedral Ministries _____     Case No  8:10-bk-24771 RK

                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Federal Express<br>Attn:  Corporate Officer<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | | | Trade/Services | | | | 158.45 |
| Federico Colloca<br>Attn:  Corporate Officer<br>230 City Blvd., West, # 118<br>Orange, CA 92868 | | | Trade/Services | | | | 6,728.79 |
| Fellowship Technologies<br>Attn:  Corporate Officer<br>P.O. Box 165328<br>Irving, TX 75016 | | | Trade/Services | | | | 275.00 |
| FGS-CA, Inc.<br>Attn:  Corporate Officer<br>5401 Jurupa Street<br>Ontario, CA 91761 | | | Trade/Services | | | | 252,992.44 |
| Fidelity Retirement Services<br>Attn:  Corporate Officer<br>P.O. Box 770002<br>Cincinnati, OH 45277 | | | Trade/Services | | | | 3,534.40 |
| Flinn Scientific Inc.<br>Attn:  Corporate Officer<br>P.O. Box 219<br>Batavia, IL 60510 | | | Trade/Services | | | | 676.21 |
| Flossella Ruth Slotman<br>238 Hoover Blvd. Suite 10<br>Holland, MI 49423 | | | Note payable No: 350, dated: 22516 | | | | 1,000.00 |