MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

JUN 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11<br><br>**ORDER FURTHER EXTENDING THE DEBTOR'S PLAN EXCLUSIVITY PERIODS**<br><br>DATE:   June 2, 2011<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 5D<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

On June 2, 2011, at 9:00 a.m., the Court held a hearing to consider the *Debtor's Notice of Motion and Motion for Order Further Extending the Debtor's Plan Exclusivity Periods* (the "Motion") filed by Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession herein ("Debtor").[1]  Marc J. Winthrop, Esq. of Winthrop Couchot Professional Corporation appeared on behalf of the Debtor.  Other appearances were as reflected on the Court's record of the proceedings.

The Court having reviewed the Motion, the Declaration of Gwyn J. Myers ("Declaration") filed in support thereof, the opposition filed by the Official Committee of Unsecured Creditors (the

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion.

1  "Committee"), the joinder filed by Farmers & Merchants Bank of Long Beach, the Debtor's reply,

2  all pleadings and other documents on file in this Chapter 11 case, and having heard the arguments

3  of counsel, and the Court having stated its findings and conclusions on the record and found that,

4  under the circumstances of the case, the notice of the hearing on the Motion was sufficient, and for

5  other good and adequate cause,

6      **HEREBY ORDERS** that:

7      1.    The Motion is granted;

8      2.    The Committee's objection is overruled;

9      3.    The Debtor's exclusive period to file a plan of reorganization (the "Plan") is

10  extended through and including May 31, 2011;

11      4.    The Debtor's exclusive period to solicit acceptances to the Plan is extended through

12  and including July 31, 2011;

13      5.    This order is without prejudice to the Debtor's right to seek further extensions of the

14  applicable exclusivity periods provided by Section 1121 of the Bankruptcy Code;

15  and

16      6.    No further notice shall be necessary to effectuate the foregoing.

17  ###

DATED: June 7, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER FURTHER EXTENDING THE DEBTOR'S PLAN EXCLUSIVITY PERIODS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 3, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Frank Cadigan    frank.cadigan@usdoj.gov
- Todd C. Ringstad    becky@ringstadlaw.com
- Nanette D Sanders    becky@ringstadlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2011 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER FURTHER EXTENDING THE DEBTOR'S PLAN EXCLUSIVITY PERIODS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 6, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Frank Cadigan    frank.cadigan@usdoj.gov
- Mark R Campbell    mcampbell@markcampbelllaw.com
- Patricia A Cirucci    patricia.cirucci@sce.com
- Jeff Cohen    JC@SouthpawAsset.com
- Don Fisher    dfisher@ptwww.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Carl Grumer    cgrumer@manatt.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Edward S Kim    ekim@hemar-rousso.com
- Steven B Lever    sblever@leverlaw.com
- Lawrence C Meyerson    lcmlaw@earthlink.net
- Michael S Mitchell    mike@demarcomitchell.com
- John D Monte    johnmontelaw@gmail.com
- Vahak Papasian    vahak@vaplaw.com
- Sue Y Park    sparkcallahan@gmail.com
- Thomas J Polis    tom@polis-law.com
- Richard J Reynolds    glatimer@trlawyers.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com
- Nanette D Sanders    becky@ringstadlaw.com
- Ramesh Singh    claims@recoverycorp.com
- Edward J Tredinnick    etredinnick@greeneradovsky.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Andrew F Whatnall    awhatnall@daca4.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Crystal Cathedral Ministries, 13280 Chapman Ave, Garden Grove, CA 92840-4414

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: