B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Central District Of California

In re: Crystal Cathedral Ministries, Jointly Administered          Case No. 10-24771

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Tannor Partners Credit Fund II, LP</u>          <u>Pacific Television Center</u>
    Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee          Name and Address where notices to transferor
should be sent:                                        should be sent:

Tannor Partners Credit Fund II, LP                     Pacific Television Center
200 Business Park Drive, Suite 200                     3440 Motor Avenue
Armonk, New York 10504                                 Los Angeles, CA 90034
Phone: <u>(914) 514-8300</u>                           Phone: _____

                                                       Court Claim # (if known)_____
Last Four Digits of Acct #:_____                  Amount of Claim: <u>$2,675.00</u>
                                                       Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert J. Tannor</u>                       Date: <u>6/3/2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## EVIDENCE OF TRANSFER

Pacific Television Center ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Tannor Partners Credit Fund II, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of $2,675.00 as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against Crystal Cathedral Ministries, in the United States Bankruptcy Court, Central District Of California ("the Court"). Case no. 10-24771 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 2 day of JUNE, 2011

By: _Andrea Bracken_ (signature)
    (Signature of Authorized Party)

PACIFIC TELEVISION CENTER, INC.
    (Company Name)

ANDREA BRACKEN
    (Print name of Authorized Party)

By: /s/ Robert J. Tannor
    General Partner

Tannor Partners Credit Fund II, LP

        914-514-8300
    (Telephone Number)