# UNITED STATES BANKRUPTCY COURT

## Central District of California (Santa Ana)

In re: <u>Crystal Cathedral Ministries</u>   Case No. <u>10-24771</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>PRINTMEDIA DIGITAL</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: USD<u>$22,990.80</u>
Date Claim Filed: <u>N/A</u>

Phone: 714-903-2500
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

PRINTMEDIA DIGITAL
12082 Western Avenue
Garden Grove, CA 92841

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>   Date: <u>June 15, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Central District of California (Santa Ana)
411 West Fourth Street
Santa Ana, CA 92701-4593
Attention: Clerk

AND TO: CRYSTAL CATHEDRAL MINISTRIES ("Debtor")
Case No. 10-24771

Claim # N/A

PRINTMEDIA DIGITAL, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$22,990.80 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _15_ DAY OF _June_, 2011.

ASSIGNOR: PRINTMEDIA DIGITAL

_____
(Signature)

Jaurahen Ratanjee
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**        Case No. **8:10-bk-24771 RK**
       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Post Alarm Systems<br>Attn: Corporate Officer<br>P.O. Box 60051<br>Arcadia, CA 91066-6051 | | | Trade/Services | | | | 731.50 |
| Premier Tourism Marketing<br>Attn: Corporate Officer<br>621 Plainfield Rd., #406<br>Willowbrook, IL 60527 | | | Trade/Services | | | | 2,580.00 |
| Primeblueprint Inc.<br>Attn: Corporate Officer<br>P.O. Box 7556<br>Capistrano Beach, CA 92624 | | | Trade/Services | | | | 1,500.00 |
| Princess Soft Toys<br>Attn: Corporate Officer<br>7664 West 78th Street<br>Minneapolis, MN 55439 | | | Trade/Services | | | | 119.14 |
| Printelligent<br>Attn: Corporate Officer<br>2580 South Decker Lake Blvd.<br>Salt Lake City, UT 84119 | | | Trade/Services | | | | 1,054.36 |
| Printmedia Digital<br>Attn: Corporate Officer<br>12082 Western Ave.<br>Garden Grove, CA 92841 | | | Trade/Services | | | | 22,990.80 |
| Promotional Media Inc.<br>Attn: Corporate Officer<br>727 N. Main St.<br>Orange, CA 92868 | | | Trade/Services | | | | 404,433.47 |

Sheet no. 74
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC