United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-24771 |
| Debtor | } Amount **$4,012.50** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**LAWRENCE TUDOR STROHM**
**100 S CHESTER AVE 8**
**PASADENA, CA 91106**

The transfer of your claim as shown above in the amount of **$4,012.50** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                      By/s/JEFFREY CARESS
                                      Liquidity Solutions Inc
                                      (201) 968-0001

497870

## TRANSFER NOTICE

Lawrence Tudor Strohm ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $4,012.50 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the 10 day of JUNE, 2011.

Lawrence Tudor Strohm                               Liquidity Solutions, Inc.

_____                     _____
(Signature)                                         (Signature)
LAWRENCE STROHM                                     GERALD JOSPITRE
(Print Name)                                        (Print Name)

497870