United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 10-24771 |
| Debtor | } Amount $16,660.16 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**INK FOUNDRY**
**5478 Wilshire Blvd # 205**
**Los Angeles, CA 90036**

The transfer of your claim as shown above in the amount of **$16,660.16** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>By/s/JEFFREY CARESS
>Liquidity Solutions Inc
>(201) 968-0001

73396

**TRANSFER NOTICE**

Ink Foundry ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $16,660.16 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the 8th day of June, 2011.

Ink Foundry                                                    Liquidity Solutions, Inc.

_____                                 _____
(Signature)                                                    (Signature)
(Print Name) Carin Galletta                                    (Print Name) GERALD JOSPITRE

73396