# UNITED STATES BANKRUPTCY COURT

## Central District of California (Santa Ana)

In re: Crystal Cathedral Ministries    Case No. 10-24771

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | OLIVER LIVESTOCK INC.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Amount of Claim:   USD$56,997.33<br>Date Claim Filed: N/A |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: (951) 741-1922<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor: |
| Phone:  516-255-1801<br>Last four digits of Acct#:  N/A | OLIVER LIVESTOCK INC.<br>33677 Mojonnier Way<br>Wildomar, CA 92595 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:  N/A<br>Last four digits of Acct#:  N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross                                                    Date: June 28, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:	United States Bankruptcy Court ("Bankruptcy Court")
	Central District of California (Santa Ana)
	411 West Fourth Street
	Santa Ana, CA 92701-4593
	Attention: Clerk


AND TO:	CRYSTAL CATHEDRAL MINISTRIES    ("Debtor")
	Case No. 10-24771


Claim # N/A


**OLIVER LIVESTOCK INC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$56,997.33** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __27__ DAY OF ___June___, 2011.


ASSIGNOR: OLIVER LIVESTOCK INC.			ASSIGNEE: TRC MASTER FUND LLC

_Kristina Oliver_ (signed)				_Terrel Ross_ (signed)
(Signature)						(Signature)

Kristina Oliver					Terrel Ross
(Print Name)						(Print Name)

President						Managing Member
(Title)							(Title)

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**           Case No. **8:10-bk-24771 RK**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Office Depot<br>Attn: Corporate Officer<br>P.O. Box 70001<br>Los Angeles, CA 90074-0001 | | | HOP 117.34<br>Church 65.81 | | | | 183.15 |
| Office Solutions<br>Attn: Corporate Officer<br>23303 La Palma Ave.<br>Yorba Linda, CA 92887 | | | Ranch 144.33<br>HOP 9,121.43<br>Academy 2,363.23 | | | | 11,628.99 |
| Olga E. Riordan<br>5310 Hyland Hills Ave., #2117<br>Satasota, FL 34241 | | | Note payable No: 5101, dated: 30256 | | | | 5,000.00 |
| Oliver Livestock Inc.<br>Attn: Corporate Officer<br>38565 San Ignacio Rd.<br>Hemet, CA 92544 | | | Trade/Services | | | | 56,997.33 |
| Open Arms Church<br>Attn: Corporate Officer<br>16162 Sher Ln, #5<br>Huntington Beach, CA 92647 | | | Trade/Services | | | | 400.00 |
| Organ Supply Industries Inc.<br>Attn: Corporate Officer<br>P.O. Box 8325<br>Erie, PA 16505-0325 | | | Trade/Services | | | | 1,222.48 |
| Oriental Trading Co., Inc.<br>Attn: Corporate Officer<br>P.O. Box 2049<br>Omaha, NE 68103 | | | Trade/Services | | | | 593.39 |

Sheet no. 68
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC