1    MANATT, PHELPS & PHILLIPS, LLP
     CARL L. GRUMER (Bar No. CA 066045)
2    11355 West Olympic Boulevard
     Los Angeles, CA  90064-1614
3    Telephone:  (310) 312-4000
     Facsimile:  (310) 312-4224
4
     Attorneys for Creditors
5    Dr. Robert H. Schuller, Arvella Schuller, Robert Harold, Inc., Carol
     Schuller Milner and Timothy Milner
6

7

8                  UNITED STATES BANKRUPTCY COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       SANTA ANA DIVISION

11

| 12 | In re: | Case No.  8:10-bk-24771-RK |
|---|---|---|
| 13 | CRYSTAL CATHEDRAL MINISTRIES, a California nonprofit corporation, | Chapter Number:  11 |
| 14 | | OBJECTION TO PROPOSED DISCLOSURE STATEMENT |
| 15 | | |
| 16 | Debtor and Debtor-in-Possession. | Date:       July 13, 2011<br>Time:       11:00 a.m.<br>Judge:      Honorable Robert Kwan |
| 17 | | |

18

19          Creditors Dr. Robert H. Schuller, Arvella Schuller, Robert Harold, Inc., Carol

20   Schuller Milner and Timothy Milner ("Objecting Creditors") hereby object to the Debtor's

21   proposed Disclosure Statement as follows:

22          Objecting Creditors are creditors of the bankruptcy estate, and are all alleged to be

23   insiders.  Dr. Robert H. Schuller ("Dr. Schuller") and his wife, Arvella Schuller, are also parties

24   to an executory contract with the Debtor (the "Transition Agreement"), which the Debtor

25   proposes to reject under its proposed Plan of Reorganization.  In addition, the proposed plan

26   seeks, without explanation, to categorically subordinate the claims of all insiders.

27          The Transition Agreement embodies, among other things, a license to the Debtor

28   for the use of certain intellectual property.  Rejection of the Transition Agreement will thus not

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

OBJECTION TO PROPOSED DISCLOSURE
STATEMENT

1    only give rise to a claim for breach, but will also terminate the Debtor's right to use the licensed

2    intellectual property.

3              While the Disclosure Statement does mention that the various executory contracts,

4    including the Transition Agreement, will be rejected, it does not discuss the consequences of that

5    action.  Not only does it not discuss the potential claim that will result from rejection, but it does

6    not discuss the effect of the Debtor's rejection of the use of the intellectual property of the

7    Schullers and related entities.  Nowhere does the Disclosure Statement discuss what intellectual

8    property of the Schullers the Debtor is using, how much revenue is being generated as a result, or

9    how much revenue the Debtor will lose as a result of such rejection.  This should be clarified.

10             In addition, Dr. Schuller has for decades been the key fundraiser for the ministry.

11   The Debtor proposes to reject the Transition Agreement, but does not discuss Dr. Schuller's

12   contemplated continuing involvement with the ministry, including his fundraising functions.

13   Nowhere does the Disclosure Statement discuss the impact of this turn of events on the ministry

14   and its ability to raise funds on a going forward basis.  Creditors are entitled to this information.

15             Finally, the proposed plan would subordinate the claims of all insiders across the

16   board.  There is no discussion as to the basis for this subordination.  Of course, the mere fact that

17   a creditor is an insider does not justify subordination.  4 Collier on Bankruptcy, 16th Edition,

18   ¶510.05[3][c].  If the Debtor is intending to propose categorical subordination of all insider

19   claims, it should explain the basis for that treatment.

20             Objecting Creditors reserve all of their objections to the Plan of Reorganization.

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

OBJECTION TO PROPOSED DISCLOSURE
                                                STATEMENT

1     Dated:    June 29, 2011         RESPECTFULLY SUBMITTED:

2                             MANATT, PHELPS & PHILLIPS, LLP

3

4

5                      By: /s/ Carl L. Grumer
                            Carl L. Grumer
                            *Attorneys for Objecting Creditors*

6                             DR. ROBERT H. SCHULLER, ARVELLA
                            SCHULLER, ROBERT HAROLD, INC., CAROL

7                             SCHULLER MILNER AND TIMOTHY
                            MILNER

8

9

10    300318871.2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

           3             OBJECTION TO PROPOSED DISCLOSURE
                                              STATEMENT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**_11355 West Olympic Boulevard, Los Angeles, CA 90064_**

A true and correct copy of the foregoing document described as **_OBJECTION TO PROPOSED DISCLOSURE STATEMENT_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_June 29, 2011_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**_SEE ATTACHED LIST_**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_June 29, 2011_**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
**_Honorable Robert Kwan_**
**_United States Bankruptcy Judge_**
**_411 West Fourth Street, Suite 5165_**
**_Santa Ana, CA 92701-4593_**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2011 | Beatrice Ruiz | |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Jeffrey W Broker – jbroker@brokerlaw.biz
Frank Cadigan – frank.cadigan@usdoj.gov
Mark R Campbell – mcampbell@markcampbelllaw.com
Patricia A Cirucci – patricia.cirucci@sce.com
Jeff Cohen – JC@SouthpawAsset.com
Don Fisher – dfisher@ptwww.com
Bernard R Given – bgiven@frandzel.com; efiling@frandzel.com; shom@frandzel.com; bgiven@frandzel.com
Marshall F Goldberg – mgoldberg@glassgoldberg.com
Kavita Gupta – kgupta@winthropcouchot.com
Edward S Kim – ekim@hemar-rousso.com
Steven B Lever – sblever@leverlaw.com
Craig A. Loren – aloren@debtacquisitiongroup.com; bschwab@debtacquisitiongroup.com; jsarachek@debtacquisitiongroup.com;
Lawrence C Meyerson – lcmlaw@earthlink.net
Michael S Mitchell – mike@demarcomitchell.com
John D Monte – johnmontelaw@gmail.com
Vahak Papasian – vahak@vaplaw.com; test@ecf.inforuptcy.com;
Sue Y Park – sparkcallaham@gmail.com
Thomas J Polis – tom@polis-law.com
Richard J Reynolds – glatimer@trlawyers.com
Todd C Ringstad – becky@ringstadlaw.com
Christopher O Rivas – crivas@reedsmith.com
Nanette D. Sanders – becky@ringstadlaw.com
Ramesh Singh – claims@recoverycorp.com
Edward J Tredinnick – etredinnick@greeneradovsky.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Andrew F Whatnall – awhatnall@daca4.com
Marc J Winthrop – mwinthrop@winthropcouchot.com; pj@winthropcouchot.com
Arnold H Wuhman – Wuhrman@serenitylls.com

300321572.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**