United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-24771 |
| Debtor | } **Amount $5,000.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MAURICE GUILLERMAN**
**75293 RIVER RD**
**COVINGTON, LA 70435**

The transfer of your claim as shown above in the amount of **$5,000.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/GERALD JOSPITRE
    Liquidity Solutions Inc
    (201) 968-0001

497848

Maurice Guillerman ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $5,000.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the __2nd__ day of __June__, 2011.

Maurice Guillerman

LIQUIDITY SOLUTIONS

_/s/ Gerard Jopitre_
GERARD JOPITRE

X _/s/ Maurice Guillerman_        _Maurice Guillerman_
(Signature)                        (Signature)

_____        _____
(Print Name)                (Print Name)

497848

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**      Case No. **8:10-bk-24771 RK**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Maurice Guillerman<br>75293 River Rd.<br>Covington, LA 70435 | | | Note payable No: 132, dated: 31594 | | | | 5,000.00 |
| Mauro Krawchuk<br>1541 Workman Mill Rd.<br>Whittier, CA 90601 | | | HOP 712.50<br>Church 4,210.00 | | | | 4,922.50 |
| Maximum Exhaust Cleaning, Inc.<br>Attn: Corporate Officer<br>P.O. Box 1774<br>Rancho Cucamonga, CA 91729-1774 | | | Trade/Services | | | | 310.00 |
| McDonald Construction<br>Attn: Corporate Officer<br>P.O. Box 733<br>Big Bear Lake, CA 92315 | | | Trade/Services | | | | 115.00 |
| Media Distributors<br>Attn: Corporate Officer<br>10960 Ventura Blvd.<br>Studio City, CA 91604 | | | Trade/Services | | | | 18,090.00 |
| Media Services Agency<br>Attn: Corporate Officer<br>14171 Chambers Road<br>Tustin, CA 92780-6907 | | | Trade/Services | | | | 336,660.65 |
| Meilin Chen<br>30 Oak Knoll Gardens Drive<br>Pasadena, CA 91106 | | | Trade/Services | | | | 3,900.00 |

Sheet no. 60
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC