United States Bankruptcy Court
For the Central District Of Califonia

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 }  } } } Case No. } 10-24771 |
| Debtor | } **Amount $9,690.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RAYCOM TV BROADCASTING DBA WWBT LLC**
**201 MONROE ST 20TH FLOOR**
**MONTGOMERY, AL 28217**

The transfer of your claim as shown above in the amount of **$9,690.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/GERALD JOSPITRE
Liquidity Solutions Inc
(201) 968-0001

578585

## TRANSFER NOTICE

Raycom TV Broadcasting dba WWBT ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $9,690.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of June, 2011.

Raycom TV Broadcasting dba WWBT, LLC          Liquidity Solutions, Inc.

201 Monroe St
20th Fl
Montgomery, AL 36104
attn: Bob Rollins

_____                     _____
(Signature)                                     (Signature)

Robert M Rollins                                GERALD JOSPITRE
(Print Name)                                    (Print Name)

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**                                              Case No. **8:10-bk-24771 RK**
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Rapid Domains Inc.<br>Attn: Corporate Officer<br>3940 7th Ave., #117<br>San Diego, CA 92103 | | | Trade/Services | | | | 3,217.54 |
| Rayberta R. Ray<br>211 West Oak, #411<br>Louisville, KY 40203 | | | Annuity Contract, dated 4/15/86 | | | | Unknown |
| Raycom America. Inc. dba KOLD<br>Attn: Corporate Officer<br>7831 N. Business Park Dr.<br>Tucson, AZ 85743 | | | Trade/Services | | | | 36,656.25 |
| Raycom TV Broadcasting dba WWBT<br>Attn: Corporate Officer<br>Dept #1498/P.O. Box 11407<br>Biringham. AL 35246-1498 | | | Trade/Services | | | | 9,690.00 |
| Raymond L. Wells<br>3972 Barranca Pkwy.<br>Irvine, CA 92606 | | | Note payable No: 5232, dated: 24874 | | | | 1,700.00 |
| Reformed Church in America<br>Attn: Corporate Officer<br>P.O. Box 19048<br>Newark, NJ 07195 | | | Trade/Services | | | | 7,623.96 |
| Regan Lambert<br>10287 Slater Ave., #202<br>Fountain Valley, CA 92708 | | | Trade/Services | | | | 570.00 |

Sheet no. 76
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC