United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-24771 |
| Debtor | } **Amount $3,702.50** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MIRANDA & ASSOCIATES CPA**
**2677 NORTH MAIN ST**
**SANTA ANA, CA 92705**

The transfer of your claim as shown above in the amount of **$3,702.50** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/GERALD JOSPITRE</u>
Liquidity Solutions Inc
(201) 968-0001

497879

## TRANSFER NOTICE

Miranda & Associates, CPA ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $3,702.50 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the __13__ day of __June__, 2011.

Miranda & Associates, CPA                    Liquidity Solutions, Inc.

_____              _____
(Signature)                                  (Signature)

MIRANDA  T  ASSOCIATES               GERALD  JOSPITRE
(Print Name)                                 (Print Name)

497879

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**                 Case No. **8:10-bk-24771 RK**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Miranda & Associates, CPA<br>Attn: Corporate Officer<br>2677 North Main Street<br>Santa Ana, CA 92705 | | | Trade/Services | | | | 3,702.50 |
| Mission Tire Center<br>Attn: Corporate Officer<br>28992 Via Escolar<br>Mission Viejo, CA 92692 | | | Trade/Services | | | | 140.57 |
| Mobile Cause<br>Attn: Corporate Officer<br>P.O. Box 492<br>Malibu, CA 90265 | | | Trade/Services | | | | 297.00 |
| Moody Press<br>Attn: Corporate Officer<br>Dept. 75388<br>Chicago, IL 60675-5388 | | | Trade/Services | | | | 755.50 |
| Moore Medical<br>Attn: Corporate Officer<br>P.O. Box 99718<br>Chicago, IL 60696 | | | Trade/Services | | | | 132.42 |
| Mountain Broadcasting dba Kayu<br>Attn: Managing Member<br>P.O. Box 30028/4600 S. Regal St.<br>Spokane, WA 99223-3027 | | | Trade/Services | | | | 15,130.00 |
| Mr. & Mrs. James Stone<br>18482 Via Bravo<br>Villa Park, CA 92667 | | | Note payable No: 4, dated: 21217 | | | | 100.00 |

Sheet no. 63
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims