United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-24771 |
| <u>Debtor</u> | } **Amount $4,012.50** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**LAWRENCE TUDOR STROHM**
**100 S CHESTER AVE 8**
**PASADENA, CA 91106**

The transfer of your claim as shown above in the amount of **$4,012.50** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    <u>By/s/GERALD JOSPITRE</u>
    Liquidity Solutions Inc
    (201) 968-0001

497870

## TRANSFER NOTICE

Lawrence Tudor Strohm ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Crystal Cathedral Ministries (the "Debtor"), in the aggregate amount of $4,012.50 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, administered as Case No. 10-24771.

IN WITNESS WHEREOF, Assignor has signed below as of the __10__ day of __JUNE__, 2011.

Lawrence Tudor Strohm                                    Liquidity Solutions, Inc.


_____                          _____
(Signature)                                              (Signature)
LAWRENCE STROHM                                          GERALD JOSPITRE
(Print Name)                                             (Print Name)

497870

B6F (Official Form 6F) - (12/07) - Cont.

In re: **Crystal Cathedral Ministries**                                        Case No. **8:10-bk-24771 RK**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Lauren Schluter<br>250 De Neve Dr., #603<br>Los Angeles, CA 90024 | | | Trade/Services | | | | 285.00 |
| Lavista Silva<br>10099 Glenbrook<br>Riverside, CA 92503 | | | Trade/Services | | | | 2,446.25 |
| Lawnmowers, Etc.<br>Attn: Corporate Officer<br>32992 Calle Perfecto, #A<br>San Juan Capistrano, CA 92675 | | | Trade/Services | | | | 235.67 |
| Lawrence Tudor Strohm<br>100 S. Chester Ave., #8<br>Pasadena, CA 91106 | | | Trade/Services | | | | 4,012.50 |
| Legacy Press<br>Attn: Corporate Officer<br>P.O. Box 261129<br>San Diego, CA 92196 | | | Trade/Services | | | | 626.66 |
| Legalese Attorney Service<br>Attn: Corporate Officer<br>1754 36th St.<br>Sacramento, CA 95816 | | | Trade/Services | | | | 68.60 |
| Linda Greeley<br>513 E. Washington Ave.<br>Orange, CA 92866 | | | Trade/Services | | | | 29.37 |

Sheet no. 52
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC