United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| CRYSTAL CATHEDRAL MINISTRIES | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-24771 |
| | } |
| <u>Debtor</u> | } |

# NOTICE OF DOCUMENTS ENTERED IN ERROR

PLEASE TAKE NOTICE that

(i) Docket number 540 evidencing the transfer of claim number 252 in the amount of $49,785.97 was entered in error.

(ii) Docket number 539 evidencing the transfer of claim number 253 in the amount of $100,000.00 was entered in error.

<u>By:/s/Gerald Jospitre</u>
Liquidity Solutions, Inc.
(201) 968-0001