1  Todd C. Ringstad (State Bar No. 97345)
   todd@ringstadlaw.com
2  Nanette D. Sanders (State Bar No. 120169)
   nanette@ringstadlaw.com
3  RINGSTAD & SANDERS LLP
   2030 Main Street, 12th Floor
4  Irvine, CA 92614
   Telephone: 949.851.7450
5  Facsimile: 949.851.6926

6  Counsel for Committee of Creditors Holding
   Unsecured Claims
7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 In re                                    CASE NO. 8:10-bk-24771-RK

12 CRYSTAL CATHEDRAL MINISTRIES,            Chapter 11 Proceeding

13
        Debtor and                          NOTICE OF CONTINUANCE OF
14      Debtor-in-Possession.               HEARING ON MOTION OF COMMITTEE
                                            OF CREDITORS HOLDING UNSECURED
15                                          CLAIMS (THE "COMMITTEE") FOR
                                            ORDER TERMINATING DEBTOR'S
16                                          PERIODS OF EXCLUSIVITY FOR THE
                                            FILING OF A PLAN AND OBTAINING
17                                          ACCEPTANCE THEREOF, SO AS TO
                                            PERMIT THE FILING OF A PLAN BY THE
18                                          COMMITTEE

19                                          Hearing Date
                                            DATE:   July 26, 2011
20                                          TIME:   2:30 p.m.
                                            PLACE:  Courtroom 5D
21
                                            **Continued Hearing Date**
22                                          **DATE:   August 1, 2011**
                                            **TIME:   11:00 a.m.**
23                                          **PLACE:  Courtroom 5D**

24

25    **PLEASE TAKE NOTICE** that the hearing on the Motion of Committee of Creditors

26 Holding Unsecured Claims (the "Committee") for Order Terminating Debtor's Periods of

27 Exclusivity for the Filing of a Plan and Obtaining Acceptance Thereof, So As to Permit the Filing

28 of a Plan by the Committee has been continued to **August 1, 2011, at 11:00 a.m.** The hearing

1 | will take place in **Courtroom 5D** of the United States Bankruptcy Court, located at 411 West

2 | Fourth Street, Santa Ana, California 92701.

3 | Dated: July 14, 2011

Respectfully Submitted,
RINGSTAD & SANDERS LLP

By: _____/s/_____
Nanette D. Sanders
Counsel for Committee of Creditors Holding
Unsecured Claims

Ringstad & Sanders LLP
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

1 | will take place in **Courtroom 5D** of the United States Bankruptcy Court, located at 411 West
2 | Fourth Street, Santa Ana, California 92701.

3 | Dated:   July 14, 2011              Respectfully Submitted,
                                        RINGSTAD & SANDERS LLP

6 |                                     By: _____/s/_____
                                              Nanette D. Sanders
7 |                                     Counsel for Committee of Creditors Holding
                                        Unsecured Claims

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2030 Main Street, Suite 1200, Irvine, CA 92614.

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUANCE OF HEARING ON MOTION OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS (THE "COMMITTEE") FOR ORDER TERMINATING DEBTOR'S PERIODS OF EXCLUSIVITY FOR THE FILING OF A PLAN AND OBTAINING ACCEPTANCE THEREOF, SO AS TO PERMIT THE FILING OF A PLAN BY THE COMMITTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 14, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jeffrey W Broker    jbroker@brokerlaw.biz
- Frank Cadigan    frank.cadigan@usdoj.gov
- Mark R Campbell    mcampbell@markcampbelllaw.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Patricia A Cirucci    patricia.cirucci@sce.com
- Jeff Cohen    JC@SouthpawAsset.com
- Don Fisher    dfisher@ptwww.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Carl Grumer    cgrumer@manatt.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Edward S Kim    ekim@hemar-rousso.com
- Steven B Lever    sblever@leverlaw.com
- Craig A Loren    aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com
- Lawrence C Meyerson    lcmlaw@earthlink.net
- Michael S Mitchell    mike@demarcomitchell.com
- John D Monte    johnmontelaw@gmail.com
- Vahak Papasian    vahak@vaplaw.com, test@ecf.inforuptcy.com
- Sue Y Park    sparkcallahan@gmail.com
- Thomas J Polis    tom@polis-law.com
- Richard J Reynolds    glatimer@trlawyers.com
- Christopher O Rivas    crivas@reedsmith.com
- Meghan C Sherrill    meghan.sherrill@troutmansanders.com
- Ramesh Singh    claims@recoverycorp.com
- Edward J Tredinnick    etredinnick@greeneradovsky.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin   mwallin@sheppardmullin.com
- Andrew F Whatnall   awhatnall@daca4.com
- Marc J Winthrop   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Arnold H Wuhrman   Wuhrman@serenitylls.com
- Pamela Jan Zylstra   zylstralaw@gmail.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *July 14, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**: Honorable Robert Kwan, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 14, 2011 | Arlene Tavares | *Arlene Tavares* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE