# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>          Debtor and<br>          Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11 Proceeding |

**Claim No.: 269**
**Date Claim Filed: 2/23/2011**
**Claim Amount: $163,551.00**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:**    **TRANSFEROR:**    **Christopher L. Rudd**
                                           c/o The Wheelchair Foundation
                                           21469 Pacific Coast Highway
                                           Malibu, CA 90265

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 269 against Crystal Cathedral Ministries in the amount of $163,551.00 as evidenced by the attached Evidence of Transfer of Claim to:

        **TRANSFEREE:**       **Pioneer Credit Opportunities Fund, LP**
        (where notices and      Attn: Adam Stein-Sapir
        payments to transferee   Greeley Square Station, P.O. Box 20188
        should be sent)            New York, NY 10001

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                _____
                                                                 Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Wheelchair Foundation, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P. and any of its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $163,551.00 (the "Claim") against Crystal Cathedral Ministries (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"), administered under Crystal Cathedral Ministries as Case No. 10-24771, and the relevant portion of any and all proofs of claim (No. 269) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on  1  day of  June , 2011.

ASSIGNOR:

_(Signature)_

Christopher L. Rudd
(Print Name)

Attorney for Wheelchair Foundation
(Company Name)

Attorney, Secretary
(Title)

ASSIGNEE:

_(Signature)_

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

Managing Member
(Title)