MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California non-profit corporation,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession. | Case No. 8:10-bk-24771-RK<br><br>Chapter 11 Proceeding<br><br>**RESULTS OF AUCTION OF CERTAIN REAL PROPERTY**<br><br>**Sale Confirmation Hearing:**<br><br>DATE:　August 9, 2011<br>TIME:　2:30 p.m.<br>PLACE:　Courtroom 5D<br>　　　　　411 W. Fourth Street<br>　　　　　Santa Ana, CA 92701 |

1   The results of of the auction of certain residential real property located at 31423 Coast Highway, #33, Laguna Beach, California (the "Condominium") is submitted pursuant to the Order Approving Overbid Procedures in Connection with the Proposed Sales Contemplated in the Debtor's Chapter 11 Plan of Reorganization (the "Plan").  Because, as the Debtor has withdrawn the Plan, it will file a motion for approval of the sale of the Condominium to be heard on shortened time.

On August 5, 2011, commencing at approximately 10:00 a.m., Crystal Cathedral Ministries, a California nonprofit corporation, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding (the "Debtor"), conducted a live auction at the offices of Winthrop Couchot Professional Corporation, for the sale of the Condominium.  Prospective bidders who attended the auction included:  (a) Clayton & Gloria Rakov (the "Rakovs"); and (b) Tom & Marita Kawaguchi (the "Kawaguchis").

After numerous overbids, the Debtor determined that the highest and best bid received was from the Kawaguchis for $1,150,000, with respect to which the Rakovs did not provide any further overbid.  The Rakovs have elected to leave their deposit of $51,000 with the Debtor and be considered a back-up offer to and including September 15, 2011.

Dated:  August 5, 2011

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**


By: */s/ Marc J. Winthrop*
Marc J. Winthrop
Kavita Gupta
General Insolvency Counsel for
Debtor and Debtor-in-Possession

MAINDOCS-#165413-v1-Crystal_Auction_Results.DOC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **RESULTS OF AUCTION OF CERTAIN REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tom & Marita Kawaguchi
6 Hexham
Irvine, CA 92603

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 5, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Robert Kwan
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

Debtor: Jennifer Byrne, CRO: Jennifer.byrne@fticonsulting.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

NEF SERVICE

- Jeffrey W Broker    jbroker@brokerlaw.biz
- Frank Cadigan    frank.cadigan@usdoj.gov
- Mark R Campbell    mcampbell@markcampbelllaw.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Patricia A Cirucci    patricia.cirucci@sce.com
- Jeff Cohen    JC@SouthpawAsset.com
- Don Fisher    dfisher@ptwww.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Carl Grumer    cgrumer@manatt.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Edward S Kim    ekim@hemar-rousso.com
- Steven B Lever    sblever@leverlaw.com
- Craig A Loren    aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com
- Lawrence C Meyerson    lcmlaw@earthlink.net
- Michael S Mitchell    mike@demarcomitchell.com
- John D Monte    johnmontelaw@gmail.com
- Vahak Papasian    vahak@vaplaw.com, test@ecf.inforuptcy.com;vahak@ecf.inforuptcy.com
- Sue Y Park    sparkcallahan@gmail.com
- Thomas J Polis    tom@polis-law.com
- Richard J Reynolds    glatimer@trlawyers.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com
- Nanette D Sanders    becky@ringstadlaw.com
- Meghan C Sherrill    meghan.sherrill@troutmansanders.com
- Ramesh Singh    claims@recoverycorp.com
- Edward J Tredinnick    etredinnick@greeneradovsky.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Andrew F Whatnall    awhatnall@daca4.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Pamela Jan Zylstra    zylstralaw@gmail.com

MAINDOCS-#165413-v1-Crystal_Auction_Results.DOC