# UNITED STATES BANKRUPTCY COURT

## Central District of California (Santa Ana)

In re: <u>Crystal Cathedral Ministries</u>   Case No. <u>10-24771</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>KMYQ/TRIBUNE TELEVISION NW</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:  USD<u>$80,155.00</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: 206-674-1487<br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>KMYQ/TRIBUNE TELEVISION NW<br>1813 Westlake Avenue North<br>Seattle, WA 98109 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                   Date: <u>September 8, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO:     United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
Central District of California (Santa Ana)
411 West Fourth Street
Santa Ana, CA 92701-4593
Attention: Clerk

AND TO:     CRYSTAL CATHEDRAL MINISTRIES     ("<u>Debtor</u>")
Case No. 10-24771

<u>Claim # N/A</u>

KMYQ/TRIBUNE TELEVISION NW, its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("<u>Assignee</u>"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$80,155.00** ("<u>Claim</u>"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7th DAY OF September, 2011.

| ASSIGNOR: KMYQ/TRIBUNE TELEVISION NW | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| _(Signature)_ | _(Signature)_ |
| Sharon Silverman | Terrel Ross |
| (Print Name) | (Print Name) |
| CFO | Managing Member |
| (Title) | (Title) |

B6F (Official Form 6F) - (12/07) - Cont.

In re: Crystal Cathedral Ministries          Case No. 8:10-bk-24771 RK
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| KMSP<br>Attn: Corporate Officer<br>4614 Collection Center Dr.<br>Chicago, IL 60693 | | | Trade/Services | | | | 115,175.00 |
| KMYQ/Tribune Television NW<br>Attn: Corporate Officer<br>File 30697/P.O. Box 60000<br>San Francisco, CA 94160 | | | Trade/Services | | | | 80,155.00 |
| KODE-TV<br>Attn: Corporate Officer<br>2650 E. Division<br>Springfield, MO 65803 | | | Trade/Services | | | | 2,890.00 |
| KRCW TV<br>Attn: Corporate Officer<br>File 30691 P.O. Box 60000<br>San Francisco, CA 94160 | | | Trade/Services | | | | 49,852.50 |
| Kristin Kristianson<br>31118 Via San Vicente<br>San Juan Capistrano, CA 92675 | | | Trade/Services | | | | 51.80 |
| KRQE Lockbox Services<br>Attn: Corporate Officer<br>P.O. Box 844304<br>Dallas, TX 75284-4304 | | | Trade/Services | | | | 30,387.50 |
| KSCE TV 38<br>Attn: Corporate Officer<br>6400 Escondido Dr.<br>El Paso, TX 79912-2939 | | | Trade/Services | | | | 14,699.83 |

Sheet no. 49
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#155169-v1-CCM_Schedule_F.DOC