1  MARC J. WINTHROP – State Bar No. 63218
   mwinthrop@winthropcouchot.com
2  KAVITA GUPTA – State Bar No. 138505
   kgupta@winthropcouchot.com
3  WINTHROP COUCHOT
   660 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone: (949) 720-4100
5  Facsimile:  (949) 720-4111

6  General Insolvency Counsel
   for Debtor and Debtor-in-Possession

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SANTA ANA DIVISION

11  In re:                          Case No.  8:10-bk-24771-RK

12  CRYSTAL CATHEDRAL MINISTRIES,   Chapter 11
    a California nonprofit corporation,
13                                  **ORDER APPROVING THE SALE OF**
14                                  **CERTAIN RESIDENTIAL REAL PROPERTY**

15           Debtor and            DATE:     September 7, 2011
             Debtor-in-Possession. TIME:     11:00 a.m.
16                                  PLACE:    Courtroom 5D
17                                            411 West Fourth Street
                                              Santa Ana, CA 92701
18

19

20        //

21        //

22        //

23

24

25

26

27

28

FILED & ENTERED

SEP 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

1       On September 7, 2011, at 11:00 a.m., a hearing was held on the *Motion for Order*

2 *Approving the Sale of Certain Residential Real Property; Memorandum of Points and*

3 *Authorities; Declaration in Support Thereof* (the "Motion")[1] filed by Crystal Cathedral

4 Ministries, a California nonprofit corporation, the debtor and debtor-in-possession ("Debtor").

5 Peter W. Lianides, Esq. of Winthrop Couchot Professional Corporation appeared on behalf of the

6 Debtor.  Other appearances were as reflected on the Court's record of the proceedings.

7       Based upon the Motion, the Declaration of James Penner filed in support thereof, the

8 pleadings and other documents on file in this Chapter 11 case, and the Court having found that,

9 under the circumstances of this case, the notice given of the hearing on the Motion was

10 sufficient, the Debtor and Tom & Marita Kawaguchi (the "Buyers"), as well as the back-up

11 bidders, Clayton & Gloria Rakov (the "Backup Buyers"), have acted in good faith in connection

12 with the (i) negotiation, execution, delivery, and consummation of the sale of certain residential

13 real property located at 31423 Coast Highway, #33, Laguna Beach, California (the

14 "Condominium"); and (ii) arms-length nature of such negotiations and transactions, together

15 with such other findings as are necessary to ensure that the Debtor and the Buyers, and/or the

16 Backup Buyers, are each entitled to the protection afforded by 11 U.S.C. § 363(m) with respect

17 to all transactions approved in such Court order, and for other good and adequate cause,

18       **IT IS HEREBY ORDERED** that:

19       1.     The Motion is granted;

20       2.     The Debtor is hereby authorized to sell the Condominium on an "as is where is"

21 basis, without any representations or warranties, free and clear of liens, claims, and

22 interests pursuant to 11 U.S.C. § 363;

23       3.     The sale of the Condominium shall vest the Buyers with good title, free and clear

24 of all liens, charges, security interests, encumbrances or liabilities, including successor

25 liabilities pursuant to Section 363 of the Bankruptcy Code or any adverse claims

26 (collectively, the "Liens and Encumbrances") with the Liens and Encumbrances to attach

27 to the net sales proceeds in the preexisting order of priority;

28

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

4.    The fourteen day stay of order provided in Fed. R. Bankr. P. 6004(h) is hereby waived;

5.    The Debtor shall, within five (5) business days of the close of the sale, deposit the net sale proceeds from the sale of the Condominium, after the payment of any Liens and Encumbrances, in a segregated deposit account pending the confirmation of a Chapter 11 plan of reorganization.  The Debtor shall, within ten (10) business days of the establishment of such segregated account, provide counsel for the Official Committee of Unsecured Creditors with proof of establishment of the account and an accounting of the net sale proceeds deposited therein; and

6.    No further notice or hearing shall be necessary to effectuate the foregoing.

###

DATED: September 9, 2011

_____
United States Bankruptcy Judge

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as:  **ORDER APPROVING THE SALE OF CERTAIN RESIDENTIAL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will</u> <u>be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will</u> <u>be</u> completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Robert Kwan
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

- • Committee Counsel:  Nanette D Sanders    becky@ringstadlaw.com
- • Frank Cadigan    frank.cadigan@usdoj.gov

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2011 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING THE SALE OF CERTAIN RESIDENTIAL REAL PROPERTY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 8, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Crystal Cathedral Ministries
13280 Chapman Ave
Garden Grove, CA 92840-4414

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

## I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Allison R Axenrod    allison@claimsrecoveryllc.com
- James C Bastian    jbastian@shbllp.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Frank Cadigan    frank.cadigan@usdoj.gov
- Mark R Campbell    mcampbell@markcampbelllaw.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Patricia A Cirucci    patricia.cirucci@sce.com
- Jeff Cohen    JC@SouthpawAsset.com
- Don Fisher    dfisher@ptwww.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Carl Grumer    cgrumer@manatt.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Edward S Kim    ekim@hemar-rousso.com
- Steven B Lever    sblever@leverlaw.com
- Craig A Loren    aloren@debtacquisitiongroup.com, bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com
- Lawrence C Meyerson    lcmlaw@earthlink.net
- Michael S Mitchell    mike@demarcomitchell.com
- John D Monte    johnmontelaw@gmail.com
- Vahak Papasian    vahak@vaplaw.com, test@ecf.inforuptcy.com;vahak@ecf.inforuptcy.com
- Sue Y Park    sparkcallahan@gmail.com
- Thomas J Polis    tom@polis-law.com
- Richard J Reynolds    glatimer@trlawyers.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com
- Nanette D Sanders    becky@ringstadlaw.com
- Meghan C Sherrill    meghan.sherrill@troutmansanders.com
- Ramesh Singh    claims@recoverycorp.com
- Edward J Tredinnick    etredinnick@greeneradovsky.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Andrew F Whatnall    awhatnall@daca4.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Pamela Jan Zylstra    zylstralaw@gmail.com